UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20574-CR-LENARD(s)

UNITED STATES OF AMERICA,

vs.

DAVID PACKOUZ,

        Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No : BOND

Language: ENGLISH

The above-named Defendant appeared before Magistrate Judge **PETER R. PALERMO**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: On bond

        Tel. No:

Defense Counsel:  Name : KENNETH J. KUKEC

        Address:

        Tel. No:

Bond Set/Continued:   $50,000 10% & $500,000 PSB

Dated this 29TH day of JULY, 2007.

CLARENCE MADDOX, CLERK

BY  NANCY J. FLOOD
     Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. 08-PRP- 1
DIGITAL START NO. 1472

1~ 32:48