UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/GARBER

UNITED STATES OF AMERICA   )
                           )
            Plaintiff,     )
vs.                        )
                           )
DAVID PACKOUZ,             )
                           )
            Defendant.     )
_____)

GOVERNMENT'S THIRD RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this third response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to corresponded with Local Rule 88.10.

5. Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are material to the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include the following and are available for review by contacting the vender referenced below:

| AMMO 00001 through AMMO 00077 |
| RM 0001 through RM 0011, RM 0174 through RM 0221 |

        Vender:
        Xpediacopy
        Attn: Ignacio Montero
        2800 Glades Circle, Suite 118
        Weston, FL 33327
        (954) 384-2112 Office
        (954) 384-2115 Fax

        These materials are not necessarily copies of all the
        books, papers, documents, etc., that the Government
        may intend to introduce at trial.

      The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

        /s_____
        James M. Koukios
        Assistant United States Attorney
        Court No. A5500915
        james.koukios@usdoj.gov
        U. S. Attorney's Office
        99 N.E. 4th Street, 6th Floor
        Miami, Florida 33132
        Telephone: (305) 961-9324
        Facsimile:  (305) 536-7976

        /s_____
        Eloisa Delgado Fernandez
        Assistant United States Attorney
        Florida Bar No. 0999768
        eloisa.d.fernandez@usdoj.gov
        U. S. Attorney's Office
        99 N.E. 4th Street, 8th Floor
        Miami, Florida 33132
        Telephone: (305) 961-9025
        Facsimile:  (305) 536-4675

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/_____
                                                    Eloisa Delgado Fernandez
                                                    Assistant United States Attorney

**SERVICE LIST**
**United States vs. Alexander Podrizki**
**Case No. 08-20574-CR-LENARD/GARBER**
**United States District Court, Southern District of Florida**

Kenneth Joseph Kukee
kukec@bellsouth.net
2 South Biscayne Boulevard
Suite 2600
Miami, FL 33131-1802
Telephone: (305) 358-2000
Facsimile:  (305) 358-1233
Attorney for Defendant
David Packouz
Method of Service: Notice of Electronic Filing via CM/ECF


Marshall Dore Louis
mdl@sinclairlouis.com
Sinclair Louis Heath Nussbaum & Zavertnik
Alfred I DuPont Building
169 E. Flagler Street
Suite 1125
Telephone: (305) 374-0544
Facsimile:  (305) 381-6869
Attorney for Defendant
David Packouz
Method of Service: Notice of Electronic Filing via CM/ECF