UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/GARBER

UNITED STATES OF AMERICA   )
                                )
           Plaintiff,    )
vs.                          )
                                )
DAVID PACKOUZ,         )
                                )
          Defendant.   )
_____ )

GOVERNMENT'S FIFTH RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this fifth response to the Standing Discovery Order.  This

response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is

numbered to corresponded with Local Rule 88.10.

> A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are material to the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include the following and are available for review by contacting the vender referenced below:

| |
|---|
| AEY 44629  - AEY 66168 |
| AMMO 00083 -  AMMO 00107 |
| DCAA 00001 - DCAA 00749 |
| DCMA 00469 - DCMA 00660 |
| DOS 00001 - DOS 00311 |

| |
|---|
| HPW 00001 - HPW 000030 |
| KT 00001 - KT 00734 |
| MB 00001 - MB 00012 |
| S13 00001 - S13 03901 |

Vender:
Xpediacopy
Attn: Ignacio Montero
2800 Glades Circle, Suite 118
Weston, FL 33327
(954) 384-2112 Office
(954) 384-2115 Fax

These materials are not necessarily copies of all the
books, papers, documents, etc., that the Government
may intend to introduce at trial.

The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s
James M. Koukios
Assistant United States Attorney
Court No. A5500915
james.koukios@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132
Telephone: (305) 961-9324
Facsimile:  (305) 536-7976


/s
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile:  (305) 536-4675

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on September 12, 2008, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is

being served this day on all counsel of record identified on the attached Service List in the manner

specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some

other authorized manner for those counsel or parties who are not authorized to receive electronically

Notices of Electronic Filing.

s/ _____

Eloisa Delgado Fernandez
Assistant United States Attorney

**SERVICE LIST**
**United States vs. AEY, Inc.**
**Case No. 08-20574-CR-LENARD/GARBER**
**United States District Court, Southern District of Florida**


Kenneth Joseph Kukee
kukec@bellsouth.net
2 South Biscayne Boulevard
Suite 2600
Miami, FL 33131-1802
Telephone: (305) 358-2000
Facsimile:  (305) 358-1233
Attorney for Defendant
David Packouz
Method of Service: Notice of Electronic Filing via CM/ECF