UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|            ) | |
|            Plaintiff,  ) | |
| vs.          ) | |
|            ) | |
| DAVID PACKOUZ,      ) | |
|            ) | |
|            Defendant. ) | |
| _____ ) | |

GOVERNMENT'S SIXTH RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this sixth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to corresponded with Local Rule 88.10.

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are material to the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include the following and are available for review by contacting the vender referenced below:

| |
|---|
| CA 0001 - CA 0139 |
| SWG-00-00001 - SWG-00-00067 |
| WFB 0001 - 0639 |
| WFBank 0001 - 0143 |
| WFBank 0510 - 0883 |

Vender:
Xpediacopy
Attn: Ignacio Montero
2800 Glades Circle, Suite 118
Weston, FL 33327
(954) 384-2112 Office
(954) 384-2115 Fax

These materials are not necessarily copies of all the books, papers, documents, etc., that the Government may intend to introduce at trial.

The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s
James M. Koukios
Assistant United States Attorney
Court No. A5500915
james.koukios@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132
Telephone: (305) 961-9324
Facsimile:  (305) 536-7976

/s
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile:  (305) 536-4675

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/                                      
                                                 Eloisa Delgado Fernandez
                                                 Assistant United States Attorney

**SERVICE LIST**
**United States vs. AEY, Inc.**
**Case No. 08-20574-CR-LENARD/GARBER**
**United States District Court, Southern District of Florida**

Kenneth Joseph Kukee
Kukec@bellsouth.net
2 South Biscayne Boulevard
Suite 2600
Miami, FL 33131-1802
Telephone: (305) 358-2000
Facsimile:  (305) 358-1233
Attorney for Defendant
David Packouz
Method of Service: Notice of Electronic Filing via CM/ECF