# EXHIBIT 1

| AWARD/CONTRACT | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) | ▶ | Rating DOA6 | | Page 1 Of 34 |
|---|---|---|---|---|---|

| 2. Contract (Proc. Inst. Ident) No. | 3. Effective Date | 4. Requisition/Purchase Request/Project No. |
|---|---|---|
| W52P1J-07-D-0004 | 2006JAN26 | SEE SCHEDULE |

| 5. Issued By | Code | W52P1J | 6. Administered By (If Other Than Item 5) | Code | S1002A |
|---|---|---|---|---|---|
| HQ ARMY SUSTAINMENT COMMAND<br>AMSAS-ACA-R<br>RYAN LARRISON (309)782-6214<br>ROCK ISLAND, IL 61299-6500<br><br>BLDGS 350 & 390<br><br>e-mail address: RYAN.LARRISON@US.ARMY.MIL | | | DCMA ORLANDO<br>3555 MAGUIRE BOULEVARD<br>ORLANDO, FL 32803-3726<br><br><br>SCD C    PAS NONE    ADP PT HQ0338 | | |

| 7. Name And Address Of Contractor (No. Street, City, County, State, And Zip Code) | 8. Delivery |
|---|---|
| AEY, INC<br>925 41ST SUITE 306<br>MIAMI BEACH, FL 33140-3339 | ☐ FOB Origin    ☒ Other (See Below) SEE SCHEDULE |
| | 9. Discount For Prompt Payment |

| TYPE BUSINESS: Other Small Business Performing in U.S. | 10. Submit Invoices<br>(4 Copies Unless Otherwise Specified)<br>To The Address Shown In: | ▶ | Item<br>12 |
|---|---|---|---|

| Code 1P6M1 | Facility Code |
|---|---|

| 11. Ship To/Mark For | Code | 12. Payment Will Be Made By | Code | HQ0338 |
|---|---|---|---|---|
| SEE SCHEDULE | | DFAS - COLUMBUS CENTER<br>DFAS-COSOUTH ENTITLEMENT OPERATIONS<br>P.O. BOX 182264<br>COLUMBUS, OH 43218-2264 | | |

| 13. Authority For Using Other Than Full And Open Competition: | 14. Accounting And Appropriation Data |
|---|---|
| ☐ 10 U.S.C. 2304(c)(  )    ☐ 41 U.S.C. 253(c)(  ) | |

| 15A. Item No. | 15B. Schedule Of Supplies/Services | 15C. Quantity | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| SEE SCHEDULE | CONTRACT TYPE:<br>Firm-Fixed-Price | KIND OF CONTRACT:<br>Supply Contracts and Priced Orders | | | |

Contract Expiration Date: 2008DEC30

| | | | 15G. Total Amount Of Contract | ▶ | $0.00 |
|---|---|---|---|---|---|

**16. Table Of Contents**

| (X) | Section | Description | Page(s) | (X) | Section | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | **Part I - The Schedule** | | | | **Part II - Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 24 |
| | B | Supplies or Services and Prices/Costs | | | | **Part III - List Of Documents, Exhibits, And Other Attachments** | |
| X | C | Description/Specs./Work Statement | 13 | X | J | List of Attachments | 34 |
| X | D | Packaging and Marking | 15 | | | **Part IV - Representations And Instructions** | |
| X | E | Inspection and Acceptance | 16 | | K | Representations, Certifications, and | |
| X | F | Deliveries or Performance | 17 | | | Other Statements of Offerors | |
| | G | Contract Administration Data | | | L | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 21 | | M | Evaluation Factors for Award | |

Contracting Officer Will Complete Item 17 Or 18 As Applicable

| 17. ☐ Contractor's Negotiated Agreement  (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☒ Award (Contractor is not required to sign this document.) Your offer on Solicitation Number ____W52P1J06R0129____ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. Name And Title Of Signer (Type Or Print) | 20A. Name Of Contracting Officer<br>MELANIE A. JOHNSON<br>MELANIE.A.JOHNSON@US.ARMY.MIL (309)782-3815 |
| 19B. Name of Contractor | 20B. United States Of America |

| 19B. Name of Contractor | 19c. Date Signed | 20B. United States Of America | 20C. Date Signed |
|---|---|---|---|
| By _____<br>(Signature of person authorized to sign) | | By _____/SIGNED/_____<br>(Signature of Contracting Officer) | 2006JAN26 |

| NSN 7540-01-152-8069 | 25-106 | Standard Form 26 (Rev. 4-85) |
|---|---|---|
| PREVIOUS EDITIONS UNUSABLE | GPO : 1985 0 – 478-632 | Prescribed By GSA-FAR (4.8 CFR) 53.214(a) |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 2 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION A - SUPPLEMENTAL INFORMATION

For Local Clauses See: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm

| Regulatory Cite | Title | Date |
|---|---|---|
| A-1    52.204-7000 | ONLINE REPRESENTATIONS AND CERTIFICATIONS APPLICATION (ORCA) | JUN/2005 |
| LOCAL | | |

Notice to All Contractors: In a final rule contained in the Federal Acquisition Circular 01- 26 (Item I, FAR Case 2002-24) published in the Federal Register on December 20, 2004, the Federal Acquisition Regulation was amended to require offerors to submit representations and certifications electronically via the Business Partner Network. Offerors shall complete an Online Representations and Certifications Application (ORCA) as soon as possible. This solicitation requires online certifications and representations. Failure to complete the ORCA registration may make the offeror ineligible for award. The ORCA can be found at http://orca.bpn.gov.

(End of narrative)

[AS7002]

| A-2    52.252-4500 | FULL TEXT CLAUSES | APR/2006 |
|---|---|---|
| LOCAL | | |

(a) This contract incorporates one or more clauses and provisions by reference, with the same force and effect as if they were set forth in full text. Upon request the Contracting Officer will make their full text available.

(b) The entire body of full text regulatory clauses and provisions are no longer included in solicitations or contracts. These clauses and provisions have the same force and effect as if the entire full text was included in the solicitation/contract. Where text has been removed three asterisks are put in its place (***).

(c) You can view or obtain a copy of all clauses and provisions on the Internet at: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm. Click on command unique first to locate the clause. If it is not located under command unique click on regulatory to find.

(d) All full text clauses have a 6 or 7 as the third digit of the clause number (i.e., AS7000).

(End of narrative)

[AS7001]

1. Funds are not currently available for this procurement. The Contracting Officer has a high expectation that certified funds will soon be available; however, no award will be made unless certified funds are received.

2. This Request for Proposal (RFP) is for the following items which shall be acquired via full and open competition, best value procedures.

ANP = Afghanistan National Police
ANA = Afghanistan National Army

The following is a list of items that will be solicited under requirements type contract

| Afghanistan National Army | Weapon System Used for Ammunition** |
|---|---|
| 7.62 x 39mm Ball | AK-47 Assault Rifle |
| 7.62 x 39mm Tracer | AK-47 Assault Rifle |
| 7.62 x 39mm Blank | AK-47 Assault Rifle |
| 7.62 x 39mm Ball | RPK Light Machine Gun |
| 7.62 x 39mm Tracer | RPK Light Machine Gun |
| 7.62 x 39mm Blank | RPK Light Machine Gun |
| 7.62 x 54mm Ball | PKM Machine Gun |
| 7.62 x 54mm Tracer | PKM Machine Gun |
| 7.62 x 54mm Blank | PKM Machine Gun |
| 7.62 x 54mm Ball | SVD Dragunov Sniper Rifle |
| 9 x 19mm Ball | S & W 9mm Pistol & Walther P1 Pistol |
| 7.62 x 54mm COAX Ball | PKT Tank Machine Gun |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 3 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004    MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

| | |
|---|---|
| 7.62 x 54mm COAX Tracer | PKT Tank Machine Gun |
| 7.62 x 54mm COAX Blank | PKT Tank Machine Gun |
| 14.5mm Ball BRDM-2 | KPTV Machine Gun |
| 14.5mm Tracer BRDM-2 | KPTV Machine Gun |
| GP 30 HE Impact | GP 30 Grenade Launcher |
| GP 30 HE Bounding | GP 30 Grenade Launcher |
| GP 30 Smoke | GP 30 Grenade Launcher |
| OG-7V HE/FRAG Grenade | RPG-7 Grenade Launcher |
| 73mm HE | BMP-1 Fighting Vehicle |
| 73mm HEAT | SPG-9 Recoilless Gun |
| Mortar, 82mm HE | 82mm Russian Mortar |
| Mortar, 82mm Smoke | 82mm Russian Mortar |
| Mortar, 82mm Illum | 82mm Russian Mortar |
| PG-7 85mm Rockets | RPG-7 Grenade Launcher |
| 115mm APFDS-T | T-62 Russian Tank |
| 115mm HE | T-62 Russian Tank |
| 115mm HEAT | T-62 Russian Tank |
| Mortar, 120mm HE | 120mm Russian Mortar |
| Mortar, 120mm Smoke | 120mm Russian Mortar |
| Mortar, 120mm Illum | 120mm Russian Mortar |
| 122mm HE | D-30 2A18M Towed Howitzer |
| 122mm Smoke | D-30 2A18M Towed Howitzer |
| 122mm Illum | D-30 2A18M Towed Howitzer |
| AT-3 ATGM HE, (Sagger) | BMP-1 Fighting Vehicle |
| AT-5A ATGM HE (Sprandel) | BRDM-2 Armored Vehicle |
| 12.7 X 108mm Armor Piercing Ball Linked | YaKB Machine Gun |
| 12.7 X 108mm Armor Piercing Ball Linked | DshKM Machine Gun |
| 12.7 X 108mm Armor Piercing Tracer Linked | YaKB Machine Gun |
| 12.7 X 108mm Armor Piercing Tracer Linked | DshKM Machine Gun |
| 30 x 165mm Armor Piercing Tracer Linked | GSh-30 Gun |
| 30 x 165mm Armor Piercing Tracer Linked | GSh-30 Gun |
| 57mm S-5XO Aviation Rocket | UB-32 Rocket Launcher |
| 57mm S-5XO Prac Aviation Rocket | UB-32 Rocket Launcher |
| 57mm S-5KP Aviation Rocket | UB-32 Rocket Launcher |
| 80mm S8KOM Aviation Rocket | B-8M1 or B8V20 Launcher Pod |

Afghanistan National Police

| | |
|---|---|
| 7.62 x 39mm Ball | AK-47 Assault Rifle |
| 7.62 x 39mm Tracer | AK-47 Assault Rifle |
| 7.62 x 39mm Linked | AK-47 Assault Rifle |
| 7.62 x 39mm Ball | RPK Light Machine Gun |
| 7.62 x 39mm Tracer | RPK Light Machine Gun |
| 9 x 19mm Ball | S & W 9mm Pistol & Walther P1 Pistol |
| 7.62 x 54mm Ball | PKM Machine gun |
| 12 Gage Buckshot | Mossberg Riot Shotgun M590 A1 |
| 12 Gage Slug | Mossberg Riot Shotgun M590 A1 |
| 40mm HE/FRAG Grenade | RPG-7 Grenade Launcher |

** The weapons in this solicitation are for references purposes only, this procurement intentions is to purchase the ammunition for the weapons listed above.

Note: As a condition for award, offeror must certify and warrant that the ammunition or ammunition components being supplied pursuant to the schedule will fulfill all operability and safety requirements related to the specific weapons systems designated.

(Final Destination Kabul, Afghanistan)

3. One firm fixed-price award, on an all or none basis, will be made as result of this solicitation. The contract type that is going to be used is a two year Requirements contract.

4. The awardee will be required to deliver in three to six months from receipt of the task order. Task Order will be issued on a quarterly basis in accordance to the required ammunition needed at that particular time.

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 4 of 34 |
| --- | --- | --- | --- |
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

5. The Scope of Work attached in Section J of the solicitation states that CONUS sources shall deliver FOB Origin and OCONUS sources shall deliver FOB Destination. Offerors shall annotate in the Price Matrix in Exhibit A of each item in the space provided which FOB method will apply. Transportation costs for FOB Destination items shall be included in the unit price of the item and the transportation costs shall be annotated separately on the line provided in the Transportation Matrix in Exhibit B. (Note: To further clarify, CONUS sources of supply are not required to provide transportation costs. Only OCONUS or Free on board FOB Destination sources of supply will need to provide transportation costs).

6. All offerors are cautioned to pay specific attention to Section L, "Information to be Submitted". Offerors should read Section M, in its entirety, very carefully. This acquisition will be awarded based on evaluation of the offerors' proposal, using the factors and subfactors listed in Section M of the Request for Proposal (RFP). This Procurement is going to be based on the best value criteria for the Government; therefore, the award may be made to other than the low offeror.

7. Delivery of the item shall be required within 3 to 6 months from award of each task order.

8. Offerors should note the provision at FAR 52.215-1, "Instructions to Offerors - Competitive Acquisition". The Government intends to award a contract resulting from this RFP without discussions with offerors (except clarifications described in FAR 15.306(a)). Therefore, offerors initial proposals should contain the best terms. The Government does however, reserve the right to conduct discussions if determined necessary by the procuring contracting officer.

9. The safety precautions for ammunition and explosives will be waived in the solicitation only to the extent the contractor receives the ammunition items 'off the shelf' from an OCONUS foreign source and ships directly to the Afghanistan National Security Forces (ANSF) where they take possession of it and the ammunition is not stored in US government facility or other facility, or handled and transported by the US Government during the shipment process.

10. Offerors are cautioned to ensure that their proposals are fully complete, including all fill-ins and blanks in the solicitation.

11. Need to provide the transportation matrix in Section J of the solicitation on a write only CD and one written paper copy.

12. POC for this solicitation is Mr. Ryan Larrison. If you have any questions, Mr. Larrison can be reached at (309) 782-6214 or email: ryan.larrison@us.army.mil

*

*** END OF NARRATIVE A 0001 ***

1. The purpose of this amendment is to provide clarification on questions concerning this solicitation:

Question 1

In paragraph I-79 on page 22 of the solicitation, the Government has listed minimum order quantities.  Are these quantities intended to be for each year or for each quarter?

Answer:
These quantities are only an estimate of the initial delivery order.

Question 2

Is there an age limitation on the items to be delivered under this contract?

Answer:
No, but material must be serviceable and issuable to all units without qualifications.

Question 3

What is the purpose of CLINS 0001AA Services Line Item?

Answer:
Not required, will delete it.

Question 4

With transportation cost being packaged into the unit price for OCONUS originations only. What is the purpose of the Transportation

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 5 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

Matrix in Appendix B at maximum quantities?

Answer:
The purpose is to determine the number of estimated air missions required to move material and estimated cost per aircraft.

Question 5

For the SVD Dragunov Sniper Rifle, does the government want Standard 7.62 X 54 mm ammunition or Match/Special ammunition?

Answer:
Standard 7.62 x 54mm ammunition

Question 6

Should the GP 30 HE Impact be more properly identified as the VOG-25 40mm Bounding Grenade?

Answer:
Proper identification VOG-25 40 mm HE Grenadea

Question 7

Should the GP 30 HE Bounding be more properly identified as the VOG-25P 40mm Bounding Grenade?

Answer:
Proper identification VOG-25P 40 mm HE Bounding Grenades

Question 8

Should the PG-7 85mm Rockets be more properly identified as the PG-7V HEAT 85mm Grenade?

Answer:
Proper identification PG-7V HEAT 85mm Grenades

Question 9

Should the 7.62 x 39mm Linked be more properly identified as the 7.62 x 39mm Blank?

Answer:
Proper identification 7.62 x 39mm Blank

Question 10
Does the Government want 2 3/4'' Standard or 3'' Magnum ammunition for 12 Gage Buckshot?

Answer:
Require 2 3/4'' Standard 12 Gage Buckshot

Question 11

Does The Government want 2 3/4'' Standard or 3'' Magnum ammunition for the 12 Gage Slug?

Answer:
Require 2 3/4'' Standard 12 Gage Slug

Question 12

Is the 40mm HE/FRAG Grenade on the Afghanistan National Police list the same as the OG-7V 40mm HE/FRAG Grenade on the Afghanistan National Army list?

Answer:The 40MM HE/FRAG Grenade for the Afghanistan National Police is the same as the OG-7V 40mm HE/Frag Grenade for Afghanistan National Army

Question 13

Are the quantities as stated guaranteed? If not, what minimum quantity are guaranteed?

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 6 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

Answer:
This type of contract is a requirements contract so there is not a set guarantee minimum. The minimum quantities are only an estimate of the initial delivery order.

Question 14

What specific information do you want on the CD?

Answer:
The government is looking for information stated on page 38 of the solicitation.
Volume 1 of the CD should contain all of the past performance information with the factors and sub factors related to the past performance.
Volume 2 of the CD should contain all of the information regarding the Small Business Utilization.
Volume 3 of the CD should contain all of the Pricing information.

Question 15

Will surplus ammunition be acceptable so long as it is 100% serviceable with certification?

Answer:
Yes, but material must be serviceable and issuable to all units without qualification.

Question 16
The contractor was wondering what was the most likely shipping scenario: ship directly from the eastern bloc, or stage in the United States and ship from the United States?

Answer:
The solicitation states that Outside the Continental United States (OCONUS TO OCONUS) is the contractors responsibility for transporting. The scenario depends on where the contractor locates the ammunition.

Question 17

What is meant by "secure transport" as mentioned in the solicitation?

Answer:
The movement of sensitive ammunition under the department of transportation regulations and the equivalent regulations in the international countries.

Question 18
The items list by family on the bottom of page 23 of the solicitation; are these items to be included in the bid?

Answer:
Those items listed on page 23 of the solicitation are already included in the bid, those items are just grouped by ammunition families in that particular location, for example all of the mortars are grouped by their family group, all of the 7.62 x 39 mm are grouped together just for ordering limitations purposes.

Question 19
Under this solicitation would the brokering licenses from the US State Department (Directorate of Defense Trade Control) be required?

Answer:
These items are being procured in support of the Foreign Military Sales Case, any appropriate licenses under the International Traffic in Arms Regulation (ITAR), or any other importing or exporting licensing requirements which is the responsibility of the contractor.

Question 20
Several questions were presented on where the products can be accepted from other countries?

Answer:
The contractors need to check the laws and regulations to find the acceptable ammunition. The quality of materiel that the government is looking for is in the statement of work which states it may be produced under NATO spec, Warsaw Pact and/or commercial equivalent. Materiel must be serviceable - issueable without qualification.

Question 21
A contractor had a question about sea shipments and was wondering if that was ok. What port has been working the best for the Afghanistan?

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 7 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

Answer:
If the vendor determines sea shipping is the best method of movement, the government is going to require that we are provided movement plans since Afghanistan is a landlocked country.  The movement method should reflect the ability for offloading at the host country's port, ability to transport sensitive materials through host country, including ability to obtain required documents for debarkation, transport, etc. through the host country.

2. All other terms and conditions remain unchanged.

*** END OF NARRATIVE A 0002 ***

1. The purpose of this amendment is to provide clarification to questions concerning this solicitation:

Question 1:

Amendment 1 of subject solicitation, question 9 seeks to clarify the requirement of 7.62 x 39 linked.  Is the requirement for "links"?

Answer:

The proper identification is 7.62 x 39mm BLANK

Question 2:

Reference Page 3, Paragraph 4:  There are certain items which may not be deliverable within six months.

Answer:

Paragraph 4 is hereby changed to read:  "The awardee will be required to begin incremental deliveries in three to six months from receipt of the task order.  Task Order will be issued on a quarterly basis in accordance to the required ammunition needed at that particular time".

Question 3:

Reference Page 12, F-17(b):  Request this requirement either be made US only or deleted.

Answer:

Clause FS7007 is applicable to CONUS movements only.

Question 4:

Reference Page 14, H-3:  Will the Government consider removing this clause?

Answer:

Clause HA6001 "Item Identification and Valuation" (252.211-7003) is hereby deleted.

Question 5:

Reference Page 18, H-4:  Will the Government consider allowing the monthly report in contractor format?

Answer:

No.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 8 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

Question 6:

Reference Page 28, I-89:  Will the Goverment waive the requirement for 252.225-7014?

Answer:

Yes.

Question 7:

Clarify the minimum quantity of 9 x 19mm ball ammunition, detailed on page 23, under the requirement for the Afghanistan National Police.  It is stated at 100,000 rounds, which seems very low.

Answer:

The minimum quantity of 9 x 19mm ball ammunition of 100,000 rounds is valid.

Question 8:

Do you know approximately how many task orders the government intends to issue per year?

Answer:

2-4 per year

Question 9:

What does COAX refer to in regards to the 7.62 x 54mm ammunition?  Does this mean linked?

Answer:

The 7.62 x 54mm ammunitionis linked in support of the PKT 7.62mm Coax Machine Gun

Question 10:

Is ammunition from China acceptable for this contract - assuming that it meets the technical specifications?

Answer:

The solicitation itself does not expressly prohibit any source of supply, but requires the ammunition be compatible with the identified weapon systems in good working order.  However, any other statutory or regulatory restrictions, such as exporting and importing licensing requirements, that may effectively prohibit supplies from any source are the responsibility of each offeror to both identify and resolve.

Question 11:

Is it mandatory to use other Small Business in the context of this bid?

Answer:

Mandatory use of small business is not a requirement of this solicittion.  Small Business Utilization is one of the Best Value evaluation factors for this solicition.   Placing emphasis on maximizing small business participation, including their own participation as a small business, will be evaluated during the source selection process.

Question 12:

For 7.62 x 39 (assault rifle) you mean with brass jacket?

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 9 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

<u>Answer:</u>

Full Metal Jacket, Bimetal or Copper

<u>Question 13:</u>

For 7.62 x 39 (light machine gun) you mean waxed with brass jacket?

<u>Answer:</u>

7.62 x 39mm full metal jacket bimetal or copper linked or belted compatible with the weapon feed system

<u>Question 14:</u>

What is COAX?

<u>Answer:</u>

Linked or Belted compatible with weapon feed system

<u>Question 15:</u>

Shotgun 12:  Do you mean 12 x 70 or 12 x 76?

<u>Answer:</u>

12 x 70mm (12 x 2.34 inch)

<u>Question 16:</u>

Package for machine gun ought to be linked?

<u>Answer:</u>

Linked or Belted compatible with weapon feed system

<u>Question 17:</u>

If package linked:  Ought to be difference between package for light machine gun and tank machine gun?

<u>Answer:</u>

Linked or Belted compatible with weapon feed system.

<u>Question 18:</u>

What is required of the contract with regards to the disclosure of lobbying activities?

<u>Answer:</u>

Offerors should complete the solicitation in accordance with the clauses at FAR 52.203-11 and 52.203-12.

<u>Question 19:</u>

Must we give intricate details of the method of transport or will simply Airfreight from etc... to Destination or Seafreight from ... to Destination

| | Reference No. of Document Being Continued | | Page 10 of 34 |
|---|---|---|---|
| CONTINUATION SHEET | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

Answer:

The solicitation states that Outside the Continental United States (OCONUS TO OCONUS) is the contractor's responsibility for transport. The scenario depends on where the contractor initiates shipment of the ammunition. If the vendor determines air shipping is the best method of movement, details to be included are the estimated number of air missions required to move the materiel and estimated cost per aircraft. If the vendor determines sea shipping is the best method of movement, details to be included is estimated number of ships required to move the materiel and estimated cost per ship in addition the movement plan should include vendor's ability to obtain required documents for offload at host country's port, transportation of sensitive material through host country, etc since Afghanistan is land locked.

2.  The closing date/time remains the same.

3.  All other terms and conditions remain unchanged.

*** END OF NARRATIVE A 0004 ***

The purpose of this amendment is to provide a place of performance for CONUS shipments for evaluation purposes only in Exhibit C of section J of the solicitation and to address additional questions that were presented:

1. For clarification purposes OCONUS supplied items in the solicitation OCONUS shipments are FOB Destination for the purpose of risk of loss and transportation cost should be reflected in the per unit cost of the OCONUS shipments.

2. The information needed for CONUS supplied items shipments for evaluation purposes is a place of performance for each item that originates from a CONUS location. For transportation evaluations purposes the government needs the information provided in Exhibit C labeled Place of Performance-CONUS in Section J of the Solicitation.

3. Question 1

Regarding Amendment 0002, question 9 and 16 .  The 7.62 x 54 ammunition is required to be compatible with the machine gun PKM and PKT. Both systems are belt fed, using ''non-disintegrating links''with the machine gun, which are loaded by the firer.  Can you confirm that in this solicitation there is not a requirement to provide additional links with the ammunition?

Answer:

At this time we do not have a requirement for additional links.  This list of items is not all inclusive and the customer could come in for additional links at some time during the life of the contract.

4. Question 2

Regarding the 7.62 x 54 mm links.  What is the length of links the customer is looking for?

Answer:

The customer has wanted in the past 1:10 ratio links for the 7.62 x 54mm links, however these requirements can change based on mission objective of the Afghanistan National Police and Afghanistan National Army.

5. For clarification purposes referencing FAR 52.247-50 NO EVALUATION OF TRANSPORTATION COSTS for the purposes of this solicitation apply only to OCONUS transportation cost.  The government will evaluate its transportation costs for any CONUS supplied items based on the place of performance identified by the offerors in Exhibit C for each item supplied CONUS in accordance with this FAR clause 52.247-4588 Transportation Evaluation.

6. The closing date of this solicitation is hereby, extended until September 13th 2006 at 3:30 PM CST.

7. All other terms and conditions remain unchanged.

*** END OF NARRATIVE A 0005 ***

1. The purpose of this amendment is to incorporate the following DFAR clause into the subject solicitation.

DFARS 252.225-7007 Prohibition on Acquisition of United States Munitions List Items from Communist Chinese Military Companies.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 11 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

PROHIBITION ON ACQUISITION OF UNITED STATES MUNITIONS LIST ITEMS FROM COMMUNIST CHINESE MILITARY COMPANIES (SEPT 2006)

(a) Definitions. As used in this clause -

''Communist Chinese military company '' means any entity that is -

(1) A part of the commercial or defense industrial base of the People's Republic of China; or

(2) Owned or controlled by, or affiliated with, an element of the Government or armed forces of the People's Republic of China.

''United States Munitions Lis'' means the munitions list of the International Traffic in Arms Regulation in 22 CFR Part 121.

(b) Any supplies or services covered by the United States Munitions List that are delivered under this contract may not be acquired, directly or
indirectly, from a Communist Chinese military company.

(c) The contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts for items covered by the United States
Munitions List.

(End of clause)

2. The closing date and time remain unchanged.

3. All other terms and condition remain unchanged.

*** END OF NARRATIVE A 0006 ***

1. The purpose of this amendment is to extend the closing date to September 20, 2006 at 3:30 pm CST.

2. All other terms and condition remain unchanged.

*** END OF NARRATIVE A 0007 ***

1. The purpose of this modification is to further address issues that were presented in amendment 002 Question 19 and during the open discussion letters dated November 3, 2006.

2. This amendment is to reinforce the need for air transportation for this procurement into Afghanistan due to the cultural and country issues in the neighboring countries which was addressed in the open discussion letters.

3. The US Government hereby restricts OCONUS transportation into Afghanistan and requires the use of air transportation only into Kabul.

4. Contractors can submit an email message acknowledging this amendment to ryan.larrison@us.army.mil.

5. The US government hereby extends the date of the open discussion letters by two days, the closing date is November 17, 2006 at 3:30 CST.

5. All other terms and condition remain unchanged.

*** END OF NARRATIVE A 0008 ***

1. The purpose of this amendment is to extend the date of offeror's response to the open discussion letters, from Friday November 17, 2006 3:30 CST to November 20, 2006 3:30 CST.

2. Any revisions or submissions to a previously submitted response will be accepted no latnr than November 20, 2006 at 3:30 CST.

3. Specific acknowledgement of amendment 0007 is not required.

3. All other terms and conditions remain unchanged.

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 12 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

*** END OF NARRATIVE A 0009 ***

1. The purpose of this award is to satisfy the requirement from Afghanistan National Special Forces to supply various non-standard ammunition items.

2. The award is being made to AEY Inc., Miami Beach, Florida.

3. The contractor must comply with all terms and conditions as stated in the basic solicitation and Amendments 0001 through 0007.

4. The AEY Inc. price matrix dated 11-16-06 is incorporated into this contract by reference only.

5. Individual task orders will be issued against this requirements contract.

6. Once individual task orders are awarded, early deliveries will be acceptable at no additional cost to the Government.

*** END OF NARRATIVE A 0010 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 13 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

For Local Clauses See: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm

| Regulatory Cite | Title | Date |
|---|---|---|

C-1    52.247-4503    STATEMENT OF WORK - TRANSPORTATION SECURITY REQUIREMENTS    MAR/2004
       LOCAL

   Supplies procured under this contract are identified as W52P1J06R0129, requiring Transportation Protective Service (TPS) in accordance with DoD 5100.76M (Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives) and DoD 4500.9R, Defense Transportation Regulation, parts II and III, as added to or amended by applicable military service policies in accordance with guidance provided by Defense Logistics Agency (DLA)/Defense Contract Management Agency (DCMA) or other components assigned to provide contract administration services (CAS) within designated/delegated geographic areas as specified under DoD 4105.59H, DOD Directory of Contract Administration Service Components, dated January 1985, and subsequent issues thereof for offshore/OCONUS procurements.

                              (End of statement of work)

(CS6101)

C-2    52.225-4502    STATEMENT OF WORK-ENGLISH LANGUAGE DOCUMENTATION    FEB/1992
       LOCAL

   All contractor prepared material to be furnished under this contract shall be written in the English language.

                              (End of statement of work)

(CS7103)

C-3    52.248-4502    CONFIGURATION MANAGEMENT DOCUMENTATION    MAY/2001
       LOCAL

   (a) The contractor may submit Engineering Change Proposals (ECPs), Value Engineering Change Proposals (VECPs) (Code V shall be assigned to an engineering change that will effect a net life cycle cost), including Notices of Revision (NORs), and Requests for Deviation (RFDs) for the documents in the Technical Data Package (TDP). The contractor shall prepare these documents in accordance with the Data Item Descriptions cited in block 04 on the enclosed DD Form 1423, Contract Data Requirements List.

   (b) Contractor ECPs/VECPs shall describe and justify all proposed changes and shall include NORs completely defining the changes to be made. Contractors may also submit RFDs, which define a temporary departure from the TDP or other baseline documentation under Government control. The contractor shall not deliver any units incorporating any change/deviation to Government documentation until notified by the Government that the change/deviation has been approved and the change/deviation has been incorporated in the contract.

   (c) If the Government receives the same or substantially the same VECPs from two or more contractors, the contractor whose VECP is received first will be entitled to share with the Government in all instant, concurrent, future, and collateral savings.

   (d) Duplicate VECPs, which are received subsequently, will be returned to the contractor(s) without formal evaluation, regardless of whether or not the first VECP has been approved and accepted by the Government.

                              (End of clause)

(CS7600)
Statement of Work - Section "C":

Quality: Material may be produced under NATO spec, Warsaw Pact spec, and/or commercial equivalent. Ammunition lot size shall be agreed upon between the contractor and contracting officer - lot identification in accordance with best commercial practices. Material must be serviceable - issued without qualification.

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 14 of 14 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

*** END OF NARRATIVE C 0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 15 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004           MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION D - PACKAGING AND MARKING
Packaging: Package in cartons in accordance with the best commercial practice for international shipment

*** END OF NARRATIVE D 0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 16 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION E - INSPECTION AND ACCEPTANCE

For Local Clauses See: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402

(End of Clause)

(EA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| E-1 | 52.246-2 | INSPECTION OF SUPPLIES-FIXED-PRICE | AUG/1996 |
| E-2 | 52.246-15 | CERTIFICATE OF CONFORMANCE | APR/1984 |
| E-3 | 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR/1984 |

Statement of Work - Section "E":

Inspection and Acceptance: Certificate of compliance, or equivalent, that the ammunition can be safely fired in good condition, originally chambered weapons designated in the statement of work. The DD250 signed by the United States Government is required for proof of acceptance and is to be performed FOB Origin or FOB Destination.

*** END OF NARRATIVE E 0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 17 of 34 |
|---|---|---|---|
| | PIIN/SIIN N52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION F - DELIVERIES OR PERFORMANCE

For Local Clauses See: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402.

(FA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| F-1 | 52.211-17 | DELIVERY OF EXCESS QUANTITIES | SEP/1989 |
| F-2 | 52.242-15 | STOP-WORK ORDER | AUG/1989 |
| F-3 | 52.242-17 | GOVERNMENT DELAY OF WORK | APR/1984 |
| F-4 | 52.247-29 | F.O.B. ORIGIN | FEB/2006 |
| F-5 | 52.247-34 | F.O.B. DESTINATION | NOV/1991 |
| F-6 | 52.247-43 | F.O.B. DESIGNATED AIR CARRIER'S TERMINAL, POINT OF EXPORTATION | FEB/2006 |
| F-7 | 52.247-48 | F.O.B. DESTINATION - EVIDENCE OF SHIPMENT | FEB/1999 |
| F-8 | 52.247-52 | CLEARANCE AND DOCUMENTATION REQUIREMENTS-SHIPMENTS TO DOD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS | FEB/2006 |
| F-9 | 52.247-58 | LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS | APR/1984 |
| F-10 | 52.247-59 | F.O.B. ORIGIN - CARLOAD AND TRUCKLOAD SHIPMENTS | APR/1984 |
| F-11 | 52.247-61 | F.O.B. ORIGIN-MINIMUM SIZE OF SHIPMENTS | APR/1984 |
| F-12 | 252.247-7023 DFARS | TRANSPORTATION OF SUPPLIES BY SEA | MAY/2002 |
| F-13 | 252.247-7023 DFARS | TRANSPORTATION OF SUPPLIES BY SEA (MAY 2002) - ALTERNATE I | MAR/2000 |
| F-14 | 52.247-33 | F.O.B. ORIGIN, WITH DIFFERENTIALS | FEB/2006 |

***

(c)(4)  Offeror's differentials in cents for each 100 pounds for optional mode of transportation, types of vehicle, transportation within a mode, or place of delivery, specified by the Government at the time of shipment and not included in the f.o.b. origin price indicated in the Schedule by the offeror, are as follows:

_____(carload, truckload, less-load,
_____wharf, flatcar, driveaway, etc.)

(End of clause)

(FF8005)

F-15   52.247-60   GUARANTEED SHIPPING CHARACTERISTICS   DEC/1989

(a) The offeror is requested to complete subparagraph (a)(1) of this clause for each part or component which is packed or packaged separately. This information will be used to determine transportation costs for evaluation purposes. If the offeror does not furnish sufficient data in subparagraph (a)(1) of this clause to permit determination by the Government of the item shipping costs, evaluation will be based on the shipping characteristics submitted by the offeror whose offer produces the highest transportation costs or in the absence thereof, by the Contracting Officer's best estimate of the actual transportation costs. If the item shipping cost, based on the actual shipping characteristics, exceed the item shipping costs used for evaluation purposes, the Contractor agrees that the contract price shall be reduced by an amount equal to the difference between the transportation costs actually incurred and the costs which would have been incurred if the evaluated shipping characteristics had been accurate.

(1) To be completed by the offeror:

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 18 of 34 |
|---|---|---|
|  | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD |  |

Name of Offeror or Contractor: AEY, INC

(i) Type of container: Wood Box _____, Fiber Box _____, Barrel _____, Reels_____, Drums _____,

   Other (specify) _____

(ii) Shipping Configuration: Knocked-down _____, Set-up _____, Nested _____, Other (specify) _____

(iii) Size of container: _____ (length), ____x____ (width), ____x____ (height), ____ Cubic_Ft;

(iv) Number of items per container: _____ Each;

(v) Gross Weight of container and contents _____ Lbs;

(vi) Palletized/skidded ___Yes ___ No.

(vii) Number of containers per pallet/skid _____ ;

(viii) Weight of empty pallet bottom/skid and sides _____ Lbs;

(ix) Size of pallet/skid and contents _____ Lbs Cube    ; _____

(x) Number of containers or pallets/skids per railcar _____*

   Size of railcar _____

   Type of railcar _____

(xi) Number of containers or pallets/skids per trailer _____*

   Size of trailer _____Ft

   Type of trailer _____

*Number of complete units (contract line item) to be shipped in carrier's equipment.

(2) To be completed by the Government after evaluation but before contract award:

   (i) Rate used in evaluation _____ ;

   (ii) Tender/Tariff _____

   (iii) Item _____

(b) The guaranteed shipping characteristics requested in paragraph (a)(1) of this clause do not establish actual transportation requirements, which are specified elsewhere in this solicitation. The guaranteed shipping characteristics will be used only for the purpose of evaluating offers and establishing any liability of the successful offeror for increased transportation costs resulting from actual shipping characteristics which differ from those used for evaluation in accordance with paragraph (a) of this clause.

(End of clause)

(FF6012)

F-16    52.247-4504    TRANSPORTATION SECURITY REQUIREMENTS FOR CONTRACTOR-TO-CONTRACTOR    MAR/2004
        LOCAL         SHIPMENTS

(a) Supplies procured or furnished under this contract/subcontract, which are shipped between two or more contractors, and which are qualified as sensitive in accordance with DoD 5100.76-M (Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives), or are shipped as DOT Class A or B Explosives, require special Transportation Protective Service (TPS) during shipment from all points of origin to all destinations. TPS will be equivalent to the DoD security standard for the applicable sensitive category or explosive class identified under DoD 4500.9R, Defense Transportation Regulation, parts II and III, as added to or amended by applicable military service policies in accordance with guidance provided by Defense Logistics Agency (DLA)/Defense Contract Management Agency (DCMA).

(b) Shipper's Defense Contract Management Agency (DCMA) transportation offices will furnish assistance in providing the sensitive category of items to be shipped, determining the TPS required, and obtaining the TPS from commercial carriers as

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 19 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

necessary.

(c) This clause must be entered in all contracts/subcontracts at any tier.

(End of clause)

(FS7115)


F-17    52.247-4531    COGNIZANT TRANSPORTATION OFFICER                                    MAY/1993
        LOCAL

(a) The contract administration office designated at the time of contract award, or the office servicing the point of shipment if subsequently designated by the original office, will be the contact point to which the contractor will:

(1) Submit, as necessary, DD Form 1659, Application for U.S. Government Bill(s) of Lading/Export Traffic Release, in triplicate at least ten days prior to date supplies will be available for shipment;

(2) Obtain shipping instructions as necessary for F.O.B. Destination delivery, and

(3) Furnish necessary information for MILSTRIP/MILSTAMP or other shipment documentation and movement control, including air and water terminal clearances.

(4) For FMS, at least ten days in advance of actual shipping date the contractor should request verification of "Ship to" and "Notification" address from the appropriate DCMAO.

(b) The contract administration office will provide to the contractor data necessary for shipment marking and freight routing.

(c) The contractor shall not ship directly to a military air or water port terminal without authorization by the designated point of contact.

(End of clause)

(FS7240)


F-18    52.247-4551    SPECIAL TRANSPORT/LOADING REQUIREMENTS (HAZARDOUS)                   FEB/1996
        LOCAL

(a) In addition to requirements set forth under General Provision, "Loading, Bracing, and Blocking of Freight Car Shipments," rail shipments will be loaded, blocked and braced in accordance with rules and methods contained in the current editions of Uniform Freight Classification, Association of American Railroads Pamphlet No. 14, Circular 42G and Rules Governing Loading of Commodities on Open Top Cars, Bureau of Explosives Tariff No. BOE 6000 publishing Hazardous Materials Regulations of the Department of Transportation, and Bureau of Explosives Pamphlets No. 6, 6A as applicable. Uniform Freight Classification may be procured from the regulatory classification agent covering territory from which shipment will be made. AAR Pamphlets, Circular and Rules may be procured from the Bureau of Explosives, 59 E. Van Buren St., Chicago, IL 60605. Bureau of Explosives Tariff No. BOE 6000 and Burea of Explosives pamphlets may be procured from the Burea of Explosives, Association of American Railroads, 1920 L Street, Washington,D.C. 20036. U.S. Army Defense Ammunition Center (USADAC) approved drawings contained within Index of U.S. Army Unitization, Storage and Outloading Drawings for Ammunition and Components is specifically applicable to rail loading, blocking and bracing of this item and may be secured by the Contracting Officer or the Defense Contract Management Agency (DCMA).

(b) Truck shipments will be loaded, blocked and braced in accordance with rules and methods contained in the current editions of National Motor Freight Classification and American Trucking Association, Inc., Motor Carrier's Explosives and Dangerous Articles Tariff, as applicable and effective at the time of shipment. These publications may be procured from the American Trucking Association, Inc., Tariff Order Section, 1616 P St., N.W., Washington, D.C. 20036. USADACS approved drawings contained within Index of U.S. Army Unitization, Storage and Outloading Drawings for Ammunition and Components is specifically applicable to motor, loading, blocking and bracing of this item and can be secured from the Contracting Officer or DCMA.

(c) TOFC "Piggyback" shipments will be loaded, blocked and braced in accordance with Bureau of Explosives Pamphlet No. 6C or AAR Circular No. 43, copies may be obtained from addresses given in para (a) above. USADAC approved drawings contained within Index of U.S. Army Unitization, Storage and Outloading Drawings for Ammunition and Components is specifically applicable to loading, blocking and bracing for TOFC shipments and may be obtained from the Contracting Officer or DCMA.

(d) Container shipments will be loaded, blocked and braced in accordance with USADAC drawings contained within Index of U.S. Army Unitization, Storage and Outloading Drawings for Ammunition and Components which is specifically applicable to

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 20 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 · MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

loading, blocking and bracing of container shipments and may be secured from the Contracting Officer or the DCMA.

(e) Except as the carrier(s) may be liable, the contractor shall be liable to the Government for any loss or damage resulting from improper loading and/or furnishing and installing dunnage material by the contractor for shipments to be made under this contract.

(End of clause)

(FS7007)
Statement of Work - Section "F":

Delivery: Delivery will be FOB Origin if ammunition source originates CONUS. Delivery will be FOB Destination if ammunition source originates OCONUS. Transportation must be most efficient / economical method to meet customer required delivery date of 3 to 6 months from award task orders.

Note: Need to provide the transportation matrix in Section J of the solicitation on a write only CD and one written paper copy.

*** END OF NARRATIVE F 0001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 21 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION H - SPECIAL CONTRACT REQUIREMENTS

For Local Clauses See: http://www.afsc.army.mil/ac/asis/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402.

(HA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| H-1 | 252.247-7024<br>DFARS | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA | MAR/2000 |
| H-2 | 252.223-7001<br>DFARS | HAZARD WARNING LABELS | DEC/1991 |

***

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| MATERIAL | ACT |
|---|---|
| None | |

***

(End of clause)

(HA8704)

| H-3 | 52.242-4558<br>LOCAL | INSTRUCTIONS FOR PREPARATION AND SUBMISSION OF PRODUCTION PROGRESS<br>REPORTS | JUN/1996 |
|---|---|---|---|

(a) Production Progress Report (DD Form 375) and Production Progress Report Continuation (DD Form 375c) shall be prepared in accordance with instructions thereon. These forms shall be submitted as required for each separate contract item (identified by noun description not by line item number).

(b) The form(s) shall be submitted on a monthly basis within two workdays after each reporting period, beginning with the end of the first full month following contract date. In addition, the contractor shall promptly submit a DD Form 375 reporting any delay in the scheduled delivery or completion as soon as known or anticipated. The forms shall be distributed as follows:

| ACTIVITY | ADDRESS | NO. OF COPIES |
|---|---|---|
| 1.  Purchasing Office | | |
| | AMSAS-ACA-R attn: PCO 1 Rock Island Arsenal, Rock Island, IL 61299-6000 | 1 |
| 2. Requirements | | |
| | AMSJM-SAA, 1 Rock Island Arsenal, Rock Island, IL 61299-6000 | 1 |
| 3.  Send additional copies to Awardees local DCMA Office. | | 1 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 22 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |
| Name of Offeror or Contractor: AEY, INC | | |

(End of clause)

(HS6026)

H-4    52.246-4557    MATERIAL INSPECTION AND RECEIVING REPORTS (DD FORM 250)    JAN/1995
       LOCAL
    Material Inspection and Receiving Report (DD Form 250), required to be prepared and furnished to the Government under the clause of this contract entitled 'Material Inspection and Receiving Report', will be distributed by the Contractor in accordance with DOD FAR Supplement Appendix F, Part 4.

Send copies to:

1.  Purchasing Office

               AMSAS-ACA-R attn: PCO 1 Rock Island Arsenal, Rock Island, IL 61299-6000

2.  Requirements

               AMSJM-SAA, 1 Rock Island Arsenal, Rock Island, IL 61299-6000

3.  Send additional copies to Awardees local DCMA Office.

(End of clause)

(HS6025)

H-5    5101.602-2    AVAILABILITY OF FUNDS    OCT/2001
       AFARS
    Funds are not presently available for this acquisition. No contract award will be made until appropriated funds are made available from which payment for contract purposes can be made.

(End of clause)

(HD7006)

H-6    52.242-4591    CONTRACTOR PERFORMANCE INFORMATION    DEC/2005
    The successful offeror/bidder under this solicitation is advised that after contract award its performance under this contract will be subject to an assessment(s) in accordance with FAR 42.15 and AFARS 5142.1503-90. The Army Past Performance Management System (PPIMS) will be used to maintain the performance report(s) generated on this contract. The rating system to be used in this assessment shall be as follows:

    Exceptional (Dark Blue)  Performance meets contractual requirements and exceeds many to the Governments benefit. The contractual performance of the element or sub element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective.

    Very Good (Purple)  Performance meets contractual requirements and exceeds some to the Governments benefit. The contractual performance of the element or sub element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective.

    Satisfactory (Green)  Performance meets contractual requirements. The contractual performance of the element or sub element contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory.

    Marginal (Yellow)  Performance does not meet some contractual requirements. The contractual performance of the element or sub element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. The contractors proposed actions appear only marginally effective or were not fully implemented.

    Unsatisfactory (Red)  Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the element or sub element contains serious problem(s) for which the contractors corrective actions appear or were ineffective.

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 23 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

The evaluation procedures to be used in this assessment, which include coordination with the contractor, are detailed in AFARS 5142.1503-90.

(End of clause)

(HS7015)

H-7      52.247-4545    PLACE OF CONTRACT SHIPPING POINT, RAIL INFORMATION                MAY/1993
            LOCAL

The bidder/offeror is to fill in the 'Shipped From' address, if different from 'Place of Performance' indicated elsewhere in this section.

        Shipped From:

_____

_____

_____


For contracts involving F.O.B. Origin shipments furnish the following rail information:

Does Shipping Point have a private railroad siding//// _____ YES _____ NO

If YES, give name of rail carrier serving it: _____

If NO, give name and address of nearest rail freight station and carrier serving it:

Rail Freight Station Name and Address: _____

Serving Carrier: _____

(End of clause)

(HS7600)

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 24 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION I - CONTRACT CLAUSES

For Local Clauses See: http://www.afsc.army.mil/ac/aais/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-1 | 52.202-1 | DEFINITIONS | JUL/2004 |
| I-2 | 52.203-3 | GRATUITIES | APR/1984 |
| I-3 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR/1984 |
| I-4 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | SEP/2006 |
| I-5 | 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL/1995 |
| I-6 | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN/1997 |
| I-7 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN/1997 |
| I-8 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | SEP/2005 |
| I-9 | 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER | AUG/2000 |
| I-10 | 52.204-7 | CENTRAL CONTRACTOR REGISTRATION | JUL/2006 |
| I-11 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | SEP/2006 |
| I-12 | 52.211-5 | MATERIAL REQUIREMENTS | AUG/2000 |
| I-13 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | SEP/1990 |
| I-14 | 52.215-2 | AUDIT AND RECORDS - NEGOTIATION | JUN/1999 |
| I-15 | 52.215-8 | ORDER OF PRECEDENCE-UNIFORM CONTRACT FORMAT | OCT/1997 |
| I-16 | 52.215-14 | INTEGRITY OF UNIT PRICES | OCT/1997 |
| I-17 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS | MAY/2004 |
| I-18 | 52.219-9 | SMALL BUSINESS SUBCONTRACTING PLAN | SEP/2006 |
| I-19 | 52.222-19 | CHILD LABOR-COOPERATION WITH AUTHORITIES AND REMEDIES | JAN/2006 |
| I-20 | 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | DEC/1996 |
| I-21 | 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | FEB/1999 |
| I-22 | 52.222-26 | EQUAL OPPORTUNITY | APR/2002 |
| I-23 | 52.222-29 | NOTIFICATION OF VISA DENIAL | JUN/2003 |
| I-24 | 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | SEP/2006 |
| I-25 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES | JUN/1998 |
| I-26 | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | SEP/2006 |
| I-27 | 52.222-39 | NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES | DEC/2004 |
| I-28 | 52.225-13 | RESTRICTION ON CERTAIN FOREIGN PURCHASES | FEB/2006 |
| I-29 | 52.225-14 | INCONSISTENCY BETWEEN ENGLISH VERSION AND TRANSLATION OF CONTRACT | FEB/2000 |
| I-30 | 52.229-6 | TAXES - FOREIGN FIXED-PRICE CONTRACTS | JUN/2003 |
| I-31 | 52.232-1 | PAYMENTS | APR/1984 |
| I-32 | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | FEB/2002 |
| I-33 | 52.232-11 | EXTRAS | APR/1984 |
| I-34 | 52.232-16 | PROGRESS PAYMENTS | APR/2003 |
| I-35 | 52.232-16 | PROGRESS PAYMENTS (APR 2003) - ALTERNATE III | APR/2003 |
| I-36 | 52.232-17 | INTEREST | JUN/1996 |
| I-37 | 52.232-18 | AVAILABILITY OF FUNDS | APR/1984 |
| I-38 | 52.232-25 | PROMPT PAYMENT | OCT/2003 |
| I-39 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION | OCT/2003 |
| I-40 | 52.233-1 | DISPUTES | JUL/2002 |
| I-41 | 52.233-3 | PROTEST AFTER AWARD | AUG/1996 |
| I-42 | 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM | OCT/2004 |
| I-43 | 52.242-2 | PRODUCTION PROGRESS REPORTS | APR/1991 |
| I-44 | 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS | MAY/2001 |
| I-45 | 52.242-13 | BANKRUPTCY | JUL/1995 |
| I-46 | 52.243-1 | CHANGES - FIXED PRICE | AUG/1987 |
| I-47 | 52.243-7 | NOTIFICATION OF CHANGES | APR/1984 |
| I-48 | 52.247-15 | CONTRACTOR RESPONSIBILITY FOR LOADING AND UNLOADING | APR/1984 |
| I-49 | 52.247-63 | PREFERENCE FOR U.S. - FLAG AIR CARRIERS | JUN/2003 |
| I-50 | 52.247-68 | REPORT OF SHIPMENT (REPSHIP) | FEB/2006 |
| I-51 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | MAY/2004 |
| I-52 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR/1984 |
| I-53 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 26 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-54 | 252.203-7001 DFARS | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES | DEC/2004 |
| I-55 | 252.204-7003 DFARS | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR/1992 |
| I-56 | 252.204-7004 DFARS | REQUIRED CENTRAL CONTRACTOR REGISTRATION | NOV/2003 |
| I-57 | 252.204-7004 DFARS | CENTRAL CONTRACTOR REGISTRATION (OCT 2003) - ALTERNATE A | NOV/2003 |
| I-58 | 252.205-7000 DFARS | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC/1991 |
| I-59 | 252.209-7004 DFARS | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY | MAR/1998 |
| I-60 | 252.219-7003 DFARS | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) | APR/1996 |
| I-61 | 252.223-7002 DFARS | SAFETY PRECAUTIONS FOR AMMUNITION AND EXPLOSIVES | MAY/1994 |
| I-62 | 252.223-7003 DFARS | CHANGE IN PLACE OF PERFORMANCE-AMMUNITION AND EXPLOSIVES | DEC/1991 |
| I-63 | 252.225-7004 DFARS | REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES | JUN/2005 |
| I-64 | 252.225-7005 DFARS | IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES | JUN/2005 |
| I-65 | 252.225-7012 DFARS | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | MAY/2004 |
| I-66 | 252.225-7041 DFARS | CORRESPONDENCE IN ENGLISH | JUN/1997 |
| I-67 | 252.226-7001 DFARS | UTILIZATION OF INDIAN ORGANIZATIONS, INDIAN-OWNED ECONOMIC ENTERPRISES, AND NATIVE HAWAIIAN SMALL BUSINESS CONCERNS | SEP/2004 |
| I-68 | 252.231-7000 DFARS | SUPPLEMENTAL COST PRINCIPLES | DEC/1991 |
| I-69 | 252.232-7002 DFARS | PROGRESS PAYMENTS FOR FOREIGN MILITARY SALES ACQUISITIONS | DEC/1991 |
| I-70 | 252.232-7004 DFARS | DOD PROGRESS PAYMENT RATES | OCT/2001 |
| I-71 | 252.232-7008 DFARS | ASSIGNMENT OF CLAIMS (OVERSEAS) | JUN/1997 |
| I-72 | 252.242-7004 DFARS | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | NOV/2005 |
| I-73 | 252.243-7001 DFARS | PRICING OF CONTRACT MODIFICATIONS | DEC/1991 |
| I-74 | 252.246-7000 DFARS | MATERIAL INSPECTION AND RECEIVING REPORT | MAR/2003 |
| I-75 | 252.249-7002 DFARS | NOTIFICATION OF ANTICIPATED CONTRACT TERMINATION OR REDUCTION | DEC/1996 |
| I-76 | 52.219-4 | NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS | JUL/2005 |

***

   (c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

       o Offeror elects to waive the evaluation preference.

***

                              (End of clause)


(IF6005)



| I-77 | 52.248-1 | VALUE ENGINEERING | FEB/2000 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 26 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

\*\*\*

(m) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

These data, furnished under the Value Engineering clause of contract W52P1J06R0129, shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations.

If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

(IF8400)

I-78    52.216-18    ORDERING    OCT/1995
(a)  Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by individuals from the Combined Security Transition Command- Afghanistan/ National Security Forces Afghanistan designated in the Schedule.  Such orders may be issued from the date of award of this contract through December 30, 2008.

\*\*\*

(End of clause)

(IF6088)

I-79    52.216-19    ORDER LIMITATIONS    OCT/1995
(a)  Minimum order.  When the Government requires supplies or services covered by this contract in an amount of less the minimum stated as follows:
, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

Afghanistan National Army

| Item | Weapon System | Estimate Minimum |
|---|---|---|
| 7.62 x 39mm Ball | AK-47 Assault Rifle | 6,905,809 |
| 7.62 x 39mm Tracer | AK-47 Assault Rifle | 1,303,569 |
| 7.62 x 39mm Blank | AK-47 Assault Rifle | 3,992,217 |
| 7.62 x 39mm Ball | RPK Light Machine Gun | 1,188,397 |
| 7.62 x 39mm Tracer | RPK Light Machine Gun | 263,682 |
| 7.62 x 39mm Blank | RPK Light Machine Gun | 503,342 |
| 7.62 x 54mm Ball | PKM Machine Gun | 386,234 |
| 7.62 x 54mm Tracer | PKM Machine Gun | 119,844 |
| 7.62 x 54mm Blank | PKM Machine Gun | 296,574 |
| 7.62 x 54mm Ball | SVD Dragunov Sniper Rifle | 236,675 |
| 9 x 19mm Ball | S & W 9mm Pistol & Walther P1 Pistol | 143,249 |
| 7.62 x 54mm COAX Ball | PKT Tank Machine Gun | 186,866 |
| 7.62 x 54mm COAX Tracer | PKT Tank Machine Gun | 46,711 |
| 7.62 x 54mm COAX Blank | PKT Tank Machine Gun | 29,780 |
| 14.5mm Ball BRDM-2 | KPTV Machine Gun | 5,673 |
| 14.5mm Tracer BRDM-2 | KPTV Machine Gun | 1,418 |
| GP 30 HE Impact | GP 30 Grenade Launcher | 0 |
| GP 30 HE Bounding | GP 30 Grenade Launcher | 0 |
| GP 30 Smoke | GP 30 Grenade Launcher | 0 |
| OG-7V HE/FRAG Grenade | RPG-7 Grenade Launcher | 0 |
| 73mm HE | BMP-1 Fighting Vehicle | 0 |
| 73mm HEAT | SPG-9 Recoilless Gun | 0 |
| Mortar, 82mm HE | 82mm Russian Mortar | 0 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 27 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

| | | |
|---|---|---|
| Mortar, 82mm Smoke | 82mm Russian Mortar | 0 |
| Mortar, 82mm Illum | 82mm Russian Mortar | 0 |
| PG-7 85mm Rockets | RPG-7 Grenade Launcher | 0 |
| 115mm APFDS-T | T-62 Russian Tank | 0 |
| 115mm HE | T-62 Russian Tank | 0 |
| 115mm HEAT | T-62 Russian Tank | 0 |
| Mortar, 120mm HE | 120mm Russian Mortar | 0 |
| Mortar, 120mm Smoke | 120mm Russian Mortar | 0 |
| Mortar, 120mm Illum | 120mm Russian Mortar | 0 |
| 122mm HE | D-30 2A18M Towed Howitzer | 0 |
| 122mm Smoke | D-30 2A18M Towed Howitzer | 0 |
| 122mm Illum | D-30 2A18M Towed Howitzer | 0 |
| AT-3 ATGM HE, (Sagger) | BMP-1 Fighting Vehicle | 0 |
| AT-5A ATGM HE (Sprandel) | BRDM-2 Armored Vehicle | 0 |
| 12.7 X 108mm Armor Piercing Ball Linked | YaKB Machine Gun | 0 |
| 12.7 X 108mm Armor Piercing Ball Linked | DshKM Machine Gun | 0 |
| 12.7 X 108mm Armor Piercing Tracer Linked | YaKB Machine Gun | 0 |
| 12.7 X 108mm Armor Piercing Tracer Linked | DshKM Machine Gun | 0 |
| 30 x 165mm Armor Piercing Tracer Linked | GSh-30 Gun | 0 |
| 30 x 165mm Armor Piercing Tracer Linked | GSh-30 Gun | 0 |
| 57mm S-5KO Aviation Rocket | UB-32 Rocket Launcher | 0 |
| 57mm S-5KO Prac Aviation Rocket | UB-32 Rocket Launcher | 0 |
| 57mm S-5KP Aviation Rocket | UB-32 Rocket Launcher | 0 |
| 80mm S8XOM Aviation Rocket | B-8M1 or B8V20 Launcher Pod | 0 |

Afghanistan National Police

| | | |
|---|---|---|
| 7.62 x 39mm Ball | AK-47 Assault Rifle | 375,000 |
| 7.62 x 39mm Tracer | AK-47 Assault Rifle | 15,000 |
| 7.62 x 39mm Linked | AK-47 Assault Rifle | 0 |
| 7.62 x 39mm Ball | RPK Light Machine Gun | 375,000 |
| 7.62 x 39mm Tracer | RPK Light Machine Gun | 0 |
| 9 x 19mm Ball | S & W 9mm Pistol & Walther P1 Pistol | 100,000 |
| 7.62 x 54mm Ball | PKM Machine gun | 0 |
| 12 Gage Buckshot | Mossberg Riot Shotgun M590 A1 | 12,500 |
| 12 Gage Slug | Mossberg Riot Shotgun M590 A1 | 5,000 |
| 40mm HE/FRAG Grenade | RPG-7 Grenade Launcher | 1,000 |

(b) Maximum order. The Contractor is not obligated to honor -

(1) Any order for a single item in excess of the maximum stated in the price matrix;

(2) Any order for a combination of items in excess of family of items listed

| Family of Ammunition | Year 1 | Year 2 |
|---|---|---|
| 115 mm Family | 23,500 | 29,000 |
| 12 Gage Buckshot and Slug | 175,000 | 192,500 |
| 122 mm Family | 108,120 | 193,776 |
| 14.5mm Family | 72,760 | 94,520 |
| 7.62 x 39mm Family | 163,571,105 | 291,177,805 |
| 7.62 x 54mm Family | 15,458,191 | 24,736,343 |
| 73mm HE | 8,140 | 9,680 |
| 73mm HEAT | 48,330 | 92,502 |
| 9 X 19 mm Ball Family | 21,980,816 | 25,052,690 |
| AT-3 and AT-5A ATGM HE Family | 1,240 | 1,736 |
| GP 30 HE and Smoke Family | 384,192 | 708,354 |
| Mortar Family | 193,896 | 290,808 |
| 40mm HE/FRAG Grenade and PG-7 85mm Rocket | 148,872 | 242,956 |
| 80mm S8XOB Aviation Rocker | 7,500 | 7,500 |
| 12.7 x 108mm Armor Piercing Ball Family | 3,315,000 | 3,315,000 |
| 30 x 165mm Family | 90,000 | 90,000 |

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 28 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |
| Name of Offeror or Contractor: AEY, INC | | | |

57mm S-5KO and S-5KP          22,500                    22,500
    ; or

    (3)  A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

    (c)  If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

    (d)  Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons.  Upon receiving this notice, the Government may acquire the supplies or services from another source.

                                            (End of clause)

(IF6089)


    I-80        52.216-21        REQUIREMENTS (OCT 1995) - ALTERNATE II                              OCT/1995
***

                                            (End of clause)


    I-81        52.216-21        REQUIREMENTS                                                        OCT/1995
***
    (f)  Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and the Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after April 30, 2009.

                                            (End of clause)

(IF6076)


    I-82        52.243-7        NOTIFICATION OF CHANGES                                              APR/1984
    (a)  Definitions."Contracting Officer," as used in this clause, does not include any representative of the Contracting Officer. "Specifically Authorized Representative (SAR)," as used in this clause, means any person the Contracting Officer has so designated by written notice (a copy of which shall be provided to the Contractor) which shall refer to this paragraph and shall be issued to the designated representative before the SAR exercises such authority.

    (b)  Notice. The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract. Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Administrative Contracting Officer in writing promptly, within (to be negotiated) calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions. On the basis of the most accurate information available to the Conractor, the notice shall state-

    (1)  The date, nature, and circumstances of the conduct regarded as a change;

    (2)  The name, function, and activity of each Government individual and Contractor official or employee involved in or knowledgeable about such conduct;

    (3)  The identification of any documents and the substance of any oral communication involved in such conduct;

    (4)  In the instance of alleged acceleration of scheduled performance or delivery, the basis upon which it arose;

    (5)  The particular elements of contract performance for which the Contractor may seek an equitable adjustment under this clause, including-

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 29 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

(i) What contract line items have been or may be affected by the alleged change;

(ii) What labor or materials or both have been or may be added, deleted, or wasted by the alleged change;

(iii) To the extent practicable, what delay and disruption in the manner and sequence of performance and effect on continued performance have been or may be caused by the alleged change;

(iv) What adjustments to contract price, delivery schedule, and other provisions affected by the alleged change are estimated; and

6) The Contractor's estimate of the time by which the Government must respond to the Contractor's notice to minimize cost, delay or disruption of performance.

(c) Continued performance. Following submission of the notice required by paragraph (b) of this clause, the Contractor shall diligently continue performance of this contract to the maximum extent possible in accordance with its terms and conditions as construed by the Contractor, unless the notice reports a direction of the Contracting Officer or a communication from a SAR of the Contracting Officer, in either of which events the Contractor shall continue performance; provided, however, that if the Contractor regards the direction or communication as a change as described in paragraph (b) of this clause, notice shall be given in the manner provided. All directions, communications, interpretations, orders and similar actions of the SAR shall be reduced to writing promptly and copies furnished to the Contractor and to the Contracting Officer. The Contracting Officer shall promptly countermand any action which exceeds the authority of the SAR.

(d) Government response. The Contracting Officer shall promptly, within (to be negotiated) calendar days after receipt of notice, respond to the notice in writing. In responding, the Contracting Officer shall either-

(1) Confirm that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance;

(2) Countermand any communication regarded as a change;

(3) Deny that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance; or 4) In the event the Contractor's notice information is inadequate to make a decision under paragraphs (d)(1), (2), or (3) of this clause, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(e) Equitable adjustments.

(1) If the Contracting Officer confirms that Government conduct effected a change as alleged by the Contractor, and the conduct causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any part of the work under this contract, whether changed or not changed by such conduct, an equitable adjustment shall be made-

(i) In the contract price or delivery schedule or both; and

(ii) In such other provisions of the contract as may be affected.

(2) The contract shall be modified in writing accordingly. In the case of drawings, designs or specifications which are defective and for which the Government is responsible, the equitable adjustment shall include the cost and time extension for delay reasonably incurred by the Contractor in attempting to comply with the defective drawings, designs or specifications before the Contractor identified, or reasonably should have identified, such defect. When the cost of property made obsolete or excess as a result of a change confirmed by the Contracting Officer under this clause is included in the equitable adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of the property. The equitable adjustment shall not include increased costs or time extensions for delay resulting from the Contractor's failure to provide notice or to continue performance as provided, respectively, in paragraphs (b) and (c) of this clause.

Note: The phrases "contract price" and "cost" wherever they appear in the clause, may be appropriately modified to apply to cost-reimbursement or incentive contracts, or to combinations thereof.

(End of clause)

(IF6250)

I-83        252.223-7007        SAFEGUARDING SENSITIVE CONVENTIONAL ARMS, AMMUNITION, AND EXPLOSIVES        SEP/1999
            DFARS

(a) Definition. Arms, ammunition, and explosives (AA&E), as used in this clause, means those items within the scope (chapter 1, paragraph B) of DoD 5100.76-M, Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives.

(b) The requirements of DoD 5100.76-M apply to the following items of AA&E being developed, produced, manufactured, or purchased for the Government, or provided to the Contractor as Government-furnished property under this contract:

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 30 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

NOMENCLATURE              NATIONAL STOCK NUMBER              SENSITIVITY/CATEGORY

N/A

(c)  The Contractor shall comply with the requirements of DoD 5100.76-M, as specified in the statement of work.  The edition of DoD 5100.76-M in effect on the date of issuance of the solicitation for this contract shall apply.

(d)  The Contractor shall allow representatives of the Defense Security Service (DSS), and representatives of other appropriate offices of the Government, access at all reasonable times into its facilities and those of its subcontractors, for the purpose of performing surveys, inspections, and investigations necessary to review compliance with the physical security standards applicable to this contract.

(e)  The Contractor shall notify the cognizant DSS field office of any subcontract involving AA&E within 10 days after award of the subcontract.

(f)  The Contractor shall ensure that the requirements of this clause are included in all subcontracts, at every tier:

(1)  For the development, production, manufacture, or purchase of AA&E; or

(2)  When AA&E will be provided to the subcontractor as Government-furnished property.

(g)  Nothing in this clause shall relieve the Contractor of its responsibility for complying with applicable Federal, state, and local laws, ordinances, codes, and regulations (including requirements for obtaining licenses and permits) in connection with the performance of this contract.

(End of clause)

(IA6200)

I-84     52.244-6     SUBCONTRACTS FOR COMMERCIAL ITEMS                              SEP/2006
(a) Definitions. As used in this clause

Commercial item has the meaning contained in Federal Acquisition Regulation 2.101, Definitions.

Subcontract includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $550,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Sept 2006) (38 U.S.C. 4212(a));

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201). Flow down as required in accordance with paragraph (g) of FAR clause 52.222-39).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241 and 10 U.S.C. 2631) (flow down required in accordance with paragraph (d) of FAR clause 52.247-64).

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 32 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004    MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

contract. .

(End of clause)

(IF7045)


I-85    52.252-6 .    AUTHORIZED DEVIATIONS IN CLAUSES    APR/1984
   (a)  The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an
authorized deviation is indicated by the addition of ''(DEVIATION)'' after the date of the clause.

   (b)  The use in this solicitation or contract of any DOD FAR SUPPLEMENT (48 CFR Chapter 2) clause with an authorized
deviation is indicated by the addition of ''(DEVIATION)'' after the name of the regulation.

(End of clause)

(IF7016)


I-86    252.211-7005    SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS    NOV/2005
               DFARS
   (a)  Definition.  SPI process, as used in this clause, means a management or manufacturing process that has been accepted
previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or
Federal specification or standard at specific facilities.  Under SPI, these processes are reviewed and accepted by a Management
Council, which includes representatives of the Contractor, the Defense Contract Management Agency, the Defense Contract Audit
Agency, and the military departments.

   (b)  Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in
the solicitation.  A listing of SPI processes accepted at specific facilities is available via the Internet at
http://guidebook.dcma.mil/20/guidebook_process.htm (paragraph 4.2).

   (c)  An offeror proposing to use an SPI process in lieu of military or Federal specifications or standards cited in the
solicitation shall

   (1)  Identify the specific military or Federal specification or standard for which the SPI process has been accepted;

   (2)  Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military or Federal
specifications or standards cited in the solicitation;

   (3)  Identify the contract line items, subline items, components, or elements affected by the SPI process; and

   (4)  If the proposed SPI process has been accepted at the facility at which it is proposed for use, but is not yet listed
at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of Defense acceptance of the
SPI process.

   (d)  Absent a determination that an SPI process is not acceptable for this procurement, the Contractor shall use the
following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process:

Facility:

Military or Federal Specification or Standard:

Affected Contract Line Item Number, Subline Item Number, Component, or Element:


   (e)  If a prospective offeror wishes to obtain, prior to the time specified for receipt of offers, verification that an SPI
process is an acceptable replacement for military or Federal specifications or standards required by the solicitation, the
prospective offeror

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 32 of 34 |
|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004          MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

(End of clause)

(IA7015)

I-87    252.229-7001    TAX RELIEF                                                      JUN/1997
        DPARS

(a)  Prices set forth in this contract are exclusive of all taxes and duties from which the United States Government is exempt by virtue of tax agreements between the United States Government and the Contractor's government.  The following taxes or duties have been excluded from the contract price:

NAME OF TAX:_____(Offeror insert)        RATE (PERCENTAGE):_____(Offeror insert)

***

(End of clause)

(IA7006)

I-88    252.243-7002    REQUESTS FOR EQUITABLE ADJUSTMENT                                MAR/1998
        DPARS
***

(b)  In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

> I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

_____

(Official's Name)

_____

(Title)

***

(End of clause)

(IA7035)

I-89    252.244-7000    SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (DOD    JAN/2007
        DPARS           CONTRACTS)

In addition to the clauses listed in paragraph (c) of the Subcontracts for Commercial Items clause of this contract (Federal Acquisition Regulation 52.244-6), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I

(10 U.S.C. 2241 note).

252.247-7023 Transportation of Supplies by Sea (10 U.S.C. 2631).

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 33 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

252.247-7024 Notification of Transportation of Supplies by Sea (10

U.S.C. 2631).


(End of clause)

(IA7745)


I-90    52.201-4500    AUTHORITY OF GOVERNMENT REPRESENTATIVE                              FEB/1993
        LOCAL
    The Contractor is advised that contract changes, such as engineering changes, will be authorized only by the Contracting
Officer or his representative in accordance with the terms of the contract. No other Government representative, whether in the
act of technical supervision or administration, is authorized to make any commitment to the Contractor or to instruct the
Contractor to perform or terminate any work, or to incur any obligation. Project Engineers, Technical Supervisors and other
groups are not authorized to make or otherwise direct changes which in any way affect the contractual relationship of the
Government and the Contractor.

                                        (End of clause)

(IS7025)




I-91    252.219-7012    DOD MENTOR-PROTEGE PROGRAM                                         NOV/2005
    a. This clause does not apply to small business concerns.

    b. Utilization of the Pilot Mentor-Protege Program is encouraged. Under the Program, eligible companies approved as mentor
firms enter into a mentor-protege agreement with eligible protege firms. The goal of the program is to provide appropriate
developmental assistance to enhance the capabilities of the protege firm. The Mentor firm may be eligible for cost
reimbursement or credit against their applicable subcontracting goals.

    c. Mentor firms are encouraged to identify and select concerns that are defined as emerging small disadvantaged business,
women-owned small business, HUBZone small business, service-disabled veteran-owned small business, or an eligible entity
employing the severely disabled.

    d. Full details of the program are located at http://www.acq.osd.mil/sadbu/mentor_protege/, http://sellingtoarmy.info/,
DFARS Appendix I, and DFARS Subpart 219.71,' "Pilot Mentor-Protege Program."

                                        (End of clause)

(IS7100)


I-92    52.247-4544    TRANSPORTATION CONTAINERIZATION                                     JAN/1991
        LOCAL
    (a) If production quantities require containerization for shipment to destination the following will apply (a)
Containerization of shipments will be accomplished utilizing only 20 foot long American National Standards
Institute/International Organization for Standardization (ANSI/ISO) freight containers, and/or 20 foot MILVANS which bear, in
addition to a manufacturer's data plate, a CONVENTION FOR SAFE CONTAINERS (CSC) SAFETY APPROVAL PLATE. Any repairs made to
containers/MILVANS must be accomplished in accordance with the specifications of the International Maritime Dangerous Goods
(IMDG) Code.

    (b) The Contractor will be liable to the Government for any loss or damage resulting from improper source stuffing,
utilization of containers, or failure to comply with the containerization requirements of the contract. The contractor will
also be liable for any additional costs accrued due to use of other than 20 foot long ANSI/ISO freight containers, and/or 20
foot MILVANS.

                                        (End of clause)

(IS7011)

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 34 of 34 |
|---|---|---|---|
| | PIIN/SIIN W52P1J-07-D-0004 | MOD/AMD | |

Name of Offeror or Contractor: AEY, INC

SECTION J - LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Exhibit A | PRICE MATRIX | | | |
| Exhibit B | TRANSPORTATION MATRIX (NEED A COMPLETED COPY ON A CD) | | | |
| Exhibit C | PLACE OF PERFORMANCE - CONUS (EVELUATION PURPOSE ONLY) | | | |
| Attachment 001 | HAZARD WARNING LABEL | | | |
| Attachment 002 | DISCLOSURE OF LOBBYING ACTIVITIES SF LLL | | | |
| Attachment 003 | STATEMENT OF WORK | | | |