UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| AEY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S TWELFTH RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this twelfth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to corresponded with Local Rule 88.10.

A. 5. Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are material to the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include the following and are available for review by contacting the vender referenced below:

| |
|---|
| AMM0 00108 - AMMO 00116 |
| DOS 02437 - DOS 02447 |
| EMAEY-000001 - EMAEY-000328 |
| EMBK-000001 - EMBK-012478 |
| EMDB-000001 - EMDB-001166 |

| |
|---|
| EMDD-000001 - EMDD-003723 |
| EMED0308-000001 - EMED0308-015155 |
| EMED0408-000001 - EMED0408-000557 |
| EMIS-000001 - EMIS-027402 |
| EMLM-000001 - EMLM-002912 |

Vender:
Xpediacopy
Attn: Ignacio Montero
2800 Glades Circle, Suite 118
Weston, FL 33327
(954) 384-2112 Office
(954) 384-2115 Fax

These materials are not necessarily copies of all the
books, papers, documents, etc., that the Government
may intend to introduce at trial.

     The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

                                        Respectfully submitted,

                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY

                                        /s/ *James M. Koukios*
                                        James M. Koukios
                                        Assistant United States Attorney
                                        Court No. A5500915
                                        james.koukios@usdoj.gov
                                        U. S. Attorney's Office
                                        99 N.E. 4th Street, 6th Floor
                                        Miami, Florida 33132
                                        Telephone: (305) 961-9324
                                        Facsimile:  (305) 536-7976

/s/ *Eloisa D. Fernandez*

Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile: (305) 536-4675

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 25, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney

**SERVICE LIST**
**United States vs. AEY, Inc.**
**Case No. 08-20574-CR-LENARD/GARBER**
**United States District Court, Southern District of Florida**

Hy Shapiro, P.A.
2400 South Dixie Highway
Suite 200
Miami, FL 33131
Telephone: (305) 859-8989
Facsimile:  (305) 854-8782
Counsel for Defendant
AEY, Inc.
Method of Service: Notice of Electronic Filing via CM/ECF