September 23, 2009

Hon. Joan A. Lenard

United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

I am David's wife. We have been married for almost three years, and we have a two-year-old daughter; Amabelle. I am a mother, a wife, a struggling small business owner (I own a day Spa/Salon) and a full time student – working on a Bachelors degree in Nursing— I am also a board member of the Citadel Condominium Association, a 60 unit family complex in downtown Miami since May 2005. I write to you because no one knows David as well as I do, and no one will be more severely affected by his possible absence.

David is more than I could ever ask for in a husband and is an excellent father. Without him I would literally be lost. He is hands-on in every sense of the word; from bathing the baby, swimming lessons, to patiently helping and explaining things I don't understand in my rigorous nursing program. I know there is no way I would have maintained a 4.0 GPA without him. He takes care of our daughter to allow me to go to school and operate my business. He has already taught her the ABC's and to count to 20 and is now working on teaching her to read. Whenever he leaves the house she cries because she wants to go with him. As someone who grew up without a father, I know how devastating it is not to have a father in your life.

Since we have had to spend all of our savings on legal defense, we are now struggling to pay our mortgage we will lose our home if he is sent away. Unfortunately I don't have any relatives who are in the position to help us. I will have to drop out of school to be able to survive because it will be impossible for me to study, work full time, and take care of Amabelle at the same time. This will make it very difficult to run my business and add an unsupportable burden to our already limited income.

It is the sad truth that the ones left behind, outside in the world, are the ones who suffer the most. So I beg you from the bottom of my heart, on behalf of myself and my daughter, not to send him to prison. He has learned a terrible life lesson about how easily not only he, but his family, can be broken by making a foolish mistake. Our lives are in your hands.

Thank you for reading my letter and for your kind understanding.

Sincerely,

Sarah Ecoro-Packouz (786) 444-0626

Hon. Joan A. Lenard
United States District Court Judge

Re: United States v. David Packouz, Case No.08-CR-20574-Lenard

Dear Honorable Judge Lenard,

My name is Hizkiyahu Packouz. I am 23 and living in Israel. I grew up in Miami Beach until after high school and then moved to Israel. I served in the Paratroopers in the Israeli Defense Forces. I received my bachelor's degree from Excelsior College in Albany, NY, and I am now in the middle of an International MBA program at Bar-Ilan University in Israel.

David Packouz is my brother. I have known him my whole life. We grew up together, with only four years of age separating between us. Same house. Same room. We even shared a group of friends. We were in boy scouts together and went to Boy Scout Camp together. We earned the merit badges and did the community service together.

I know David as one who wants to get the most out of life, but he always had the patience to sit down and teach concepts or explain ideas to people, even if it took a tremendous amount of time. I remember when David taught me my first chords on guitar and the song "Blowing in the Wind". He would correct me again and again, but he didn't quit or lose patience. I was thirteen and he was seventeen. But as times change, he doesn't. It was only a few months ago, when I was visiting in Miami, that we sat down together and had hours of conversation, in which he explained Ray Kurzweil's theory about technological singularity. The patience and giving is still there.

The David that I grew up with and know is sensitive and kind. He is a Creative Assertive in personality (Who Are You, Really? Understanding Your Life's Energy by Gary Null, Ph.D). He expresses himself, his thoughts and his emotions, through music. He recently put out a CD of his original songs. He called the CD: MicroCOSM. All of his songs are expressions of himself (you can listen to the songs [highly recommended] and feel his emotions). All of his emotions are those of love, longing, sensitivity and hurt. Perhaps he is too sensitive, but that's how Creative Assertive people are. They explain themselves and explain the world around us through art.

Considering David's past and the type of person he is, I implore you to cancel his sentence or at least to lessen it dramatically. He is kind at heart and would not deliberately hurt anyone. How he got into this situation is beyond me.

You can say that I am writing this letter because I am his brother and that I am subjective. I am. I won't deny it. However, with all subjectivity taken into account, the benefit of living with David and knowing him from up close provides

a perspective that should override the "negative" aspect that I am his brother. In other words, being subjective but being able to show the real David is more valuable than an honest, objective outsider who only knows his mask.

With all of that said, I can assure that David is not a danger to society or with anyone he comes in contact. I know that he learned his lesson about what to do and what not to do in life. I do not think that a jail sentence will in anyway improve his life or society as a whole. If he does not receive a sentence, then it is that much sooner that he can go back to studying or get a job that would help improve the world. The sentence would only cause anguish for him and those close to him. Knowing David from up close, I know that David would not do anything like this again and therefore does not need a jail sentence just to take years away from his life.

Thank you for your time Honorable Judge Lenard. I appreciate your efforts to see every side of the die even if all six sides cannot be seen all at once. Thank you for reading my letter and taking it into consideration.

Respectfully Submitted,

Hizkiyahu Packouz

Avraham Packouz
Nachal Timna st. 6/7
Ramat Bet Shemesh, Israel

September 16, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

My name is Avraham Packouz, I am David's oldest brother.  I live in Bet Shemesh, Israel. I got my bachelor's degree in computer science with additional courses in bio-informatics at the Jerusalem College of Technology.  I currently work as a programmer at a start-up company designing medical devices that will hopefully benefit the lives of people.

I have known my brother David his whole life!  We have a very close and warm relationship.  We were best friends growing up.  We did all the things that brothers do, the good and the bad.

I know David and he has a good heart.  He always tries to help people, his family, his friends.  He will go out of his way to help anyone who is in need.

However,  David is greatly influenced by his surroundings -- which is probably a big factor why he violated the law.  Therefore, I would ask your honor to consider not sending him to prison.  I believe it would only corrupt his character and quite possibly ruin his life.

Definitely he must pay his debt to society for his crime.  Would it be possible for him to pay that debt in a way that society would benefit?  Sometimes the society benefits from a person being locked up and kept far away from it.  Not in this case.

Society would be wasting its money and resources where as by having David do community services could benefit so many others!  David would benefit from being kept far away from the people who will influence him negatively. Society will gain, not just by saving the money that would be spent on incarceration,  but through the hundreds of hours of public service and having someone who has learned his lesson and will continue being a positive member of society for the rest of his life!  Justice would be well-served.

Thank you for your consideration of my letter.

Respectfully submitted,

*Avraham Packouz*

Avraham Packouz



Richard N. Bernstein
Tel. (305) 579-0640
Fax (305) 961-5640
BernsteinR@gtlaw.com

September 14, 2009

Honorable Joan A. Lenard
United States District Court for
the Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

**Re:**    **United States v. David Packouz, Case No. 08-CR-20574-Lenard**

Dear Judge Lenard:

I am a practicing attorney in the State of Florida and currently am a Shareholder in the law firm of Greenberg, Traurig, P.A.

I have known Mr. Packouz for more than 2 years and have known his family for over 20 years. I briefly represented David as he was trying to disengage himself from Mr. Efraim Diveroli's business and operations.

I believe Mr. Packouz is a talented, good young man that made errors in judgment. When he recognized them, he wanted to separate from Mr.Diveroli. His sincerity demonstrated to me that he understood right from wrong, regretting what he had done wrong and wishing to do that which was right.

I believe Mr. Packouz should warrant a lesser sentence because no societal purpose would be served by an extended incarceration. David has a young family to care to. He is building a new life as a musician and poses no danger or threat to himself or the community-at-large.

I therefore, respectfully ask for your consideration in granting Mr. Packouz leniency in this case .

Sincerely,

Richard N. Bernstein

*MIA180,748,997v1*



**R O H R**
TALMUDIC
UNIVERSITY
**CAMPUS**

TALMUDIC UNIVERSITY

ישיבה וכולל בית משה חיים

**HaRav Yochanan Zweig,** *shlita*
Rosh HaYeshiva

**Rabbi Yitzchak Zweig**
President

Hon. Joan A. Lenard

United States District Court Judge

**Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard**

Dear Judge Lenard:

I am the President of the Talmudic University of Florida, a non-profit school system comprising a pre-school, elementary school, high school and an accredited university, dedicated to providing the Jewish community the highest quality education. I have known David since he was eight years old when he started attending our elementary school. I have gotten to know him a lot better over the past two years since he has been working for me as my personal assistant.

David is a person who cares deeply for other people. As a child he was one of the top students in his class, and always treated his fellow students and teachers with the greatest respect. When we were running a food bank to make sure that families in the community had enough to eat during Passover, he not only worked tirelessly to make sure that everyone's needs were met, but was meticulously careful to be completely discreet in order not to embarrass those who were in need. His compassionate, giving nature is apparent to all who know him.

That David would never intentionally harm anyone is beyond a doubt. However, what he did was a crime. And he has paid dearly for it. I see every day the anguish and regret that he is living through. His life savings have been spent on his legal defense and he now struggles to support his wife and baby daughter. I know that this experience has taught him a very harsh lesson in the importance of meticulously following the law regardless of whether he believes that breaking it would be 'harmless'. This kind of thinking, that any crime is harmless, is unfortunately common for young people. I know that I lie awake at night because my own children think that they are invincible and that speeding down the highway is just a harmless joyride. Unfortunately, they usually do not learn the dangers until they have a close call or until it is too late.

From working closely with David on a daily basis for the past two years, I know that he has matured tremendously and is not the same person he was when he made his mistake. He plans on studying Mechanical Engineering and working in the high tech field to help solve many of the challenges humanity faces. I know

4000 Alton Road
Miami Beach, FL 33140

Tel: (305) 534-7050
Fax: (305) 534-8444

ישיבה וכולל בית משה חיים
ALFRED AND SADYE SWIRE COLLEGE OF JUDAIC STUDIES





**HaRav Yochanan Zweig,** *shlita*
Rosh HaYeshiva

**Rabbi Yitzchak Zweig**
President

his first class mind will excel at this endeavor and will greatly benefit society through his work. I am happy to see that this experience has helped refocus him on what is important - honesty, providing for his family, working hard and pursuing a higher intellectual calling rather than attempting get rich quick schemes. I strongly believe that any incarceration will only serve to delay his reintegration as productive member of society and cause great hardship for his family.

I beseech you to give him every consideration in light of the changes that he has made in his life and the apparent maturity that he has achieved.

Respectfully, submitted,

Rabbi Yitzchak Zweig

4000 Alton Road
Miami Beach, FL 33140

Tel: (305) 534-7050
Fax: (305) 534-8444

ישיבה וכולל בית משה חיים
ALFRED AND SADYE SWIRE COLLEGE OF JUDAIC STUDIES

www.talmudicu.edu

Tobi Ash
4233 Sheridan Avenue
Miami Beach, Florida 33140

August 5th, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

My name is Tobi Ash and I have lived in Miami Beach since 1974. I am a registered nurse with an MBA and a PhD candidate in Health Policy. I am on the board of Jewish Community Services and chair the Rehabilitation and Vocational Employment committee. I am Vice Chair of the Public Policy committee. I am on the Executive Committee of Shalom Bayit, the Jewish Domestic Abuse project here in Miami. I am involved with Florida IMPACT, a program that works to provide school breakfasts, lunches, after school snacks and dinners to all of Florida's students. I am deeply involved with the Survivor Alone project; one of the world's largest Holocaust survivor projects. I am also on the board of Florida International University's Department of Spirituality, and am involved with the Sturge-Weber Foundation; an organization devoted to providing research and finding a cure for this rare disorder that affects children. My husband and I established a free loan fund in 1987 which has distributed over $1 million in interest free micro-loans ($2,000 maximum per loan) to needy individuals throughout the USA. In 1999, we also established the Circle of Life Resource Center, Miami-Dade County's first kosher food bank. This food bank was then absorbed by Jewish Community Services in 2003 and is now called the Community Kosher Food Bank and serves over 350 families monthly. We also have begun a co-op to feed families that have been hit hard by the recent economic downturn.

I have known David Packouz for 10 years because he has been involved in our charitable projects. He has assisted us in setting up the structure and worked on handling the day to day details of these charitable ventures. David has proven himself to be an invaluable worker in every aspect. He has worked tirelessly to ensure that every single recipient of any of our food programs or free loan fund got what they needed, when they needed it and with dignity and discretion. He has never said no to assisting us in any capacity even down to dragging boxes or making food deliveries to homebound elderly clients who simply could not leave their homes to pick up their food package.

In addition, David is a devoted family man to his wife Sara and their baby daughter Amabelle. His wife is currently working towards her nursing degree at Miami Dade College and David is assisting her with her anatomy and physiology classes as well as watching the baby

every day so she could study.

David is an honest, caring, sensitive and intelligent man who was unfortunately caught up in a difficult circumstance. Because of his dedication, loyalty and devotion, he stayed in a situation that was clearly flawed and inappropriate. David is already penitent and has utterly disassociated himself from any sort of impropriety. He has been working at the Talmudic University of Florida, a religious institution, for over 2 years. He has also been the go-to person for our food co-op this past Passover and for the establishment of the year-round co-op as well. In the very unfortunate event of any term of incarceration, his calm demeanor and know-how will be sorely missed.

I implore you to minimize his sentence as much as possible in order to allow the community to continue to benefit from the great work he is doing.

Respectfully submitted,

*Tobi Ash*

Tobi Ash, RN, BSN, MBA, PhD Candidate

**Alex Halberstein**

August 17, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard,

My name is Alex Halberstein. I am a volunteer for the Jewish community worldwide as well as in Florida. I currently hold positions in the following Organizations: Greater Miami Jewish Federation, American Friends of Hebrew University, Boy's Town Jerusalem, State of Israel Bonds, Hillel Second Generation Foundation, Hillel International, Florida Congregational Committee, AIPAC, and a few others. On all of them I belong to the Executive Directorship, and in some of them I am the Chairman.

Rabbi Packouz asked me to write a letter on behalf of his son, David, with hopes that my words can assist the judge is making your decision on an appropriate sentence for his violation of the law. I can only tell the judge that I know the family for close to 20 years and have great pleasure at the closeness and love in the family.

The family and upbringing of David was and is one of love and values. That David violated the law is indicative of a poor decision and perhaps recklessness and greed. It is something that happens way too often in business. Over my 50 years in business I have seen many business men give into the easy way -- many who have done far worse than David. However, I believe that David's core values are sound and he has learned a huge lesson already about the consequences of giving into one's desire for money without obeying the law.

On a personal level, his life has been devastated by his violation of the law and his prosecution. He has lost his life savings after having incurred significant legal expenses due to his prosecution and the fact that he never profited a single penny from the crime he committed. His future is stained by the scarlet letter of being a felon. Our society has gotten its pound of flesh and gallon of blood.

However, his future can look bright. He is determined to pursue an education in Mechanical Engineering. With this education he can contribute greatly to society and his community.

In my view of life, the consequence should be proportionate to the violation -- this is how I have tried to raise my own children. I would love to see David sentenced to a year or two of public service in lieu of prison -- helping the poor, the needy. I think that he could be a positive force in the community to be sentenced to speaking at high schools on the importance of obeying the law.

Thank you, Judge, for considering my letter.

Respectfully Submitted,

Alex Halberstein

Ronald A. Goldstein, Ph.D

August 21, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

I am a retired Professor of Mathematics and Computer Science from the University of Miami.  I have also been the CEO of a public software company.  At present, I have a software consulting and development company which has developed both  web-based medical records/clinical trials software and a web-based chess site.

I volunteer my time teaching chess at a Miami-Dade public school, Young Men's Preparatory Academy.  My wife and I also volunteer at JAFCO (Jewish Adoption and Foster Care Options).

I have known David Packouz for approximately twenty years, watching his growth from a young boy into a grown man.  We have had a very close relationship with his family during this time.

I watched David grow as a teenager full of brilliance in music and mathematics.  I saw how loving and attentive he was towards his brothers and sisters and marveled at how respectful he was towards his parents.

Somehow, as an adult, he has been influenced by bad people he thought were friends (and later business associates).

David made mistakes and bears a deep burden of guilt and shame for what has occurred.  He feels this guilt for the consequences of his actions and the actions of his so-called friend and business associates.

I know that David has been a good boy.  He has been a good son and brother his whole life.

I would like to ask your Honor and the Court to understand that David is truly a good person who feels great remorse and shame for his actions.

I would ask your Honor and the Court to be lenient with David and not send him to prison, but rather, have him compensate for his actions with other services to the community.

Thank you very much for considering my request.

Respectfully submitted,

305 N. Victoria Park Road
Ft. Lauderdale, Fl 33301
Phone: 954-530-8688
Fax: 954-530-8689
E-mail: ron@gbhchess.com

# Robert M. Fleischman
## 510 W. 29ᵗʰ St.
## Miami Beach, Fl. 33140
### Tel: 305-321-6338
### Fax: 305-538-9533

Hon. Joan A. Lenard
United States District Court Judge
Re: United States v. David Packouz,
Case No.08-CR-20574-Lenard

Dear Judge Lenard:

My name is Robert Fleischman. I am a resident of Miami Beach, Florida where I have lived since 1975. I am a State Licensed General Contractor, Developer, State Licensed Public Insurance Adjuster and Real Estate Investor. I am writing to you in regards the son of a neighbor and friend, David Packouz.

I've known David for most of his life. His sister Hadassah was a classmate of my daughter and one of her best friends. His brother Hizkyiahu was a classmate and is one of my son's best friends. My wife Sharon and I have socialized with Rabbi and Mrs. Packouz. We are people of common background and outlook.

As a member of a large family David is beloved by all. David is a talented musician. He is currently employed by the Talmudic University the Traditional Jewish Education Center for South Florida.

Your honor, I'm sure you're aware that young people make mistakes. I'm not proud of everything I did when I was young. Often those of us with the greatest potential, dream the biggest dreams and make the biggest mistakes. This young man comes from a kind, G-d fearing, educated family. He has a strong moral foundation. Please don't let the fact that his youth has allowed him to be seduced by an immoral world, that values money above all, to dictate his sentence.

Please be lenient when deciding his sentence. He has the background, community and family support to rebuild his life and make great contributions to our society.

Yours truly,

Robert Fleischman

**BENJAMIN BEFELER, M.D., F.A.C.P., F.A.C.C.**
PRACTICE LIMITED TO CARDIOVASCULAR DISEASE

1321 N.W. 14TH STREET
SUITE 202
MIAMI, FLORIDA 33125

TELEPHONE: (305) 545-6575
FAX: (305) 545-7535
EMAIL: BBEFELER@BELLSOUTH.NET

August 26, 2009

Honorable Joan A. Lenard
United States District Court Judge

RE:  David Packouz, Case # 08/RR/20574/Lenard

Dear Judge Lenard:

I am writing to you on behalf of David Packouz.

I am a practicing Physician, Cardiologist, and have been in this community for over 40 years dedicated to the practice of Medicine, Teaching and Research in my specialty of Cardiology at the University of Miami Hospital in Miami, Florida. I have also been engaged in numerous community activities, have raised a family, made numerous friends in the community and continue to exert a positive influence here.

I have known the Packouz family for approximately 20, and have known David's father Rabbi Packouz who is my patient, my personal friend and advisor and I have seen the growth of his  family and have participated in various family activities including weddings, significant events and have seen David growing up in the midst of a religious honest community oriented family and saw him sprout as a young adult.

I am aware of the nature of his transgressions and have given it a great deal of thought wondering how a person with his upbringing can come to get caught up in such deeds. I can only surmise that it has been the influence of the environment and having been caught up in some other negative aspects of the business world. I believe that David is eminently rehabilitatible and that he has learned a lesson with trial and tribulations of his legal situation.

In the long run it will be better for his rehabilitation that he received a sentence without prison time and that he can continue to rehabilitate and

2

Judge Joan Lenard                        Re: David Packouz
August 26, 2009                          Case #08RR/20574/Lenard

rebuild his life with his family. Detention may present negative influences
on him and may delay his eventual rehabilitation and reincorporation to
society so that he can again become a model citizen and family person. His
having been found guilty is sufficient punishment and embarrassment as to
make him understand his mistakes. Even a short jail time will not make his
rehabilitation better since he has already suffered and repented from his
doings. I greatly appreciate in advance your attention to this letter and hope
that you will find within your heart the wisdom, the courage and the
kindness that requires assisting this young man in his eventual rehabilitation.

Sincerely,

BENJAMIN BEFELER, M.D.

# Pamela W. Weiss

Attorney At Law
3400 Sheridan Avenue
Miami Beach, FL 33140
(305) 538-2395

August 25, 2009

Honorable Joan A. Lenard
Judge, United States District Court
Southern District of Florida

**Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard**

Dear Judge Lenard:

I am resident of Miami Beach and have been practicing law as a member in good standing of the Florida Bar for nearly three decades. I write this letter from two perspectives, that of a mother of three, and also of a former criminal defense practitioner.

As a mom, I have known David since his elementary school days as the dear son of especially wonderful neighbors. Over the years, I have come to know David as a polite, kind and responsible young man. One character trait which typifies David is his optimism. David is always able to see that good lies ahead, and the need to strive for it. Importantly, David wields this positive outlook not only for himself but also consistently for the benefit of others. David is known amongst his peers as the one who will always make the effort to encourage a troubled friend, to not give up on a buddy with a problem, but to counsel, cheer up and onward toward positive action. Even recently when his own personal life became overwhelmed by his criminal prosecution, David has still maintained his role as the one who tries to help others to work out their issues.

Based on recent conversations with him, I believe that David has true remorse for the misconduct in which he engaged, and for the terrible toll that that this situation is taking on his parents and family.

Since the days of my brief involvement with the world of sentencing (the guidelines were new back then), I retain a profound respect for those of my profession who take on the burden of imposing punishment. I feel confident that you, as most of the judges to whom I was exposed appeared to, do care greatly to tailor a fitting sentence to the defendant and his/her conduct. I urge your Honor to weigh heavily the heretofore good character traits and deeds as well as his young years, all of which I believe militate in favor of lenience as a fitting rule in the case of David Packouz.

Thank you for your attention to these words.

Respectfully submitted,

Pamela W. Weiss



# FOOD INDUSTRY TECHNOLOGY

August 10, 2009

Hon. Joan A. Lenard
United States District Court Judge

      **Re:** *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

      My name is David Holzer, and I    am the founder and owner of Food Industry Technology, which was established in 1987, and today is a major supplier of specialty gelatins in the US and Canada.

      I have known David Packouz for more than twenty years. David was a good friend to our children as they grew up and spent much time in our home. I always found him be very sincere, with a good disposition and a kind heart. I am very close with the Packouz family and know that he was brought up with truly good values. His father's life is dedicated to community service, through his work with Aish Hatorah, and he is dedicated to instilling religious and ethical values in adults and youth. His mother is also involved in communal service and provides warmth and sensitivity to those she helps.

      I have seen David in recent years involved in helping the Talmudic University in a variety of projects. He is always friendly and a pleasure to talk to. I am sure that whatever mistakes he may have made were based on an error in judgment, but do not represent a desire to do wrong. The productive path of life he has chosen over the past few years indicate that he is back on a solid track, with positive goals. Clearly, spending time in the environment of a correction facility would not help him remain on the proper track, and could very well even have a negative effect. Since I am sure the ultimate goal is to have David become a productive member of society, I hope an appropriate sentence requiring long term communal activity be used, instead of his being exposed to a negative atmosphere.

      Respectfully submitted,

David Holzer

545 WEST 37TH STREET / MIAMI BEACH, FLORIDA 33140 / TELEPHONE (305) 672-3233 / FAX (305) 672-7306

Rabbi Zelig Pliskin
Panim Meirot 14
Jerusalem, Israel

phone: 02-5372-773
email: zeligpliskin@gmail.com

August 18, 2009

Honorable Joan A. Lenard
United States District Court
Southern District of Florida
301 North Miami Avenue, 7th Floor
Miami, Florida 33128

*Re: United States v. David Packouz*
    *Case No. 08-CR-2057-Lenard*

Dear Judge Lenard:

My name is Zelig Pliskin. I am the author of 24 books on personal growth
and character development. My focus is helping people overcome adversity and create
better lives for themselves and others.

I have been a close friend of David Packouz's father for 35 years, and have known David
since he was born. David is an intelligent and capable individual who has much to offer
society. It is regrettable that he has made such a poor decision, but I do not believe that
these actions represent his character.

I ask you, Judge Lenard, to have mercy and compassion. David rightfully deserves stern
lectures and needs guidance on committing to live the rest of his life in a more idealistic
way. I believe he has learned important lessons from this experience and that he will
dedicate his life to using his intelligence for the benefit of society.

As a professional counselor, I do not feel that prison time will have a positive effect on
David's life.  David has acknowledged his mistake and has suffered tremendously by
having to spend his life savings on legal defense and enduring a very public
embarrassment and stain upon his record.  I believe he has repaid his debt to society.

 Respectfully submitted,

Zelig Pliskin

Zelig Pliskin



# GSC
**Quality Products On Time**

August 11, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: United States v. David Packouz, Case No. 08-CR-20574-Lenard

Hon. Judge Lenard:

I am Saby Behar CEO of General Stair Corporation, Immediate Past President of the Greater Miami Jewish Federation and a friend of the Packouz family for almost 30 years.

I have known David since he was a child and he has grown in an exemplary family in the community. Knowing David, and having worked with him in short term projects at the Talmudic University lately, I am convinced that he is a tremendous asset to the community and has a lot of positive things to offer for the betterment of society.

If you have a choice, I would respectfully ask for you to be lenient in this case, considering that my experience tells me that David will be an exemplary member of society especially after a bad experience.

In the hope that you will take my words to heart, I remain.

Saby Behar

690 W. 83rd St. Hialeah, FL 33014

Tel: 305-769-9900 Fax: 305-824-1113

Philip Weiss
809 East State Street
Ithaca NY, 14850

August 29, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

My name is Philip Weiss and I am currently a student at Cornell Law School. I was born and raised in Miami Beach, and it was during the earliest phases of my elementary schooling there that I first met David Packouz. Today, more than fifteen years later, I am privileged to count David among my closest friends. David was two grades ahead of me in school and my earliest memories of him revolve around his being one of the few "older kids" who transcended the schoolyard mentality that so frequently caused students to mistreat their younger schoolmates. David viewed this mentality with a maturity and a sense of decency that was beyond his years, as he refused to succumb to the temptation of joining the crowd and entertaining himself at the expense of a younger student's feelings. To David it simply made no sense to be cruel to another person just because that person was picked on by other students. In fact David always showed a friendly demeanor to anyone with whom he would interact and would often be the only friend to kids whose social ineptness made them into outcasts.

As David grew older, his caring nature did not diminish. Rather, as his warm persona grew and developed with age, it became inextricably fused with another one of David's most pronounced character traits: his unbridled optimism. These two interconnected elements of his personality combine to make him into a valued source of positivity in the lives of those who know him. When David sees a friend or family member experiencing some sort of difficulty, he does not merely extend the generic hope that everything should "work out." Rather, his compassionate nature and unwavering hopefulness automatically turn him into an impromptu motivational speaker. The most recent example, albeit far from the only one, of an occasion on which David's firm confidence and concern for my welfare drove him to assist me with a problem of my own, was just a few weeks ago, when I complained to him about a disappointing mark I had received on a law school exam. I was particularly perturbed by the anomalously low grade that I had received, because everyone I had studied with had received a much better grade than me, despite my having approached the test with a grasp on the material which equaled that of all my study partners. The substantive content of what David said to me when I told him how

upset I was about the test was the same as what several other people had told me: I must contact my professor and find out if there had been some mistake in the grading of my exam. What stood out about David's response was the manner in which he gave it. He did not casually suggest that I should contact my instructor and then move on to our next topic of conversation. Rather, he spent forty-five minutes emphatically exhorting me to do what I had to do. He simply refused to let me squander the opportunity to remedy my situation.

It was not just David's strong display of concern for my own welfare that made an impression on me. It was also the way his words of encouragement hit me. In David's mind there was no obstacle that could not be overcome. It simply made no sense to him that I was not going to try to help my situation, simply because my attempt to do so might fail. His optimism was infectious and, despite having discussed my grief over the exam with several different close family members, at no point other than when I spoke to David did I actually feel like there was hope for my situation and that it was actually worthwhile to try to contact my professor. While riling up a newfound sense of hope within me, David used the cliché phrase that I have heard him utter on countless occasions and that sounds uniquely meaningful when David says it, because it feels like he truly believes it. He said "Phil, it never hurts to try." This is just one of a long list of occasions on which David's formidable combination of sanguinity and thoughtfulness have prevented me and many of his other friends and family members from letting our own laziness and fear get in the way of doing what is best for us. It is indeed telling that, over the past two years, during which David has simultaneously been preoccupied with both legal issues and the birth of a baby girl, almost all of the many conversations he and I had, have revolved around him lifting my spirits, as I try to deal with my relatively trivial issues. Anyone who knows David Packouz would surely agree that his upbeat and concerned nature make him a meaningful and dependable source of emotional support in the lives of those who know him, and to lose him for any amount of time would be a terrible blow to all his friends and family members that so greatly appreciate the strength and comfort that his warm and positive nature provides.

Of all the different people to whom David means something, no life will be more affected by his absence than his daughter's. David is a kind and loving father, and one who is sorely needed in the life of his young daughter.

In summary, David Packouz is a caring man who has contributed much to the lives of those around him. I humbly request that, in consideration of what he has done for others, the Court show him leniency when deciding his sentence.

Respectfully submitted,

Philip Weiss

*Christopher & Barbara Growald*
*9 Island Avenue PH 4*
*Miami Beach, Florida*
*305-538-8600 305-673-0043 Fax*

Hon Joan A. Lenard

United States District Court Judge

*Re: United States v. David Packouz, Case No. 08-CR-20574-Lenard*

Dear Judge Lenard,

I retired to Florida with my wife Barbara ten years ago. For the last twenty eight years of my working career, I had the same three partners. We developed and built properties. My partners were together for ten years before I met them, and are still together now. I learned much about interpersonal skills and honesty from that positive experience.

I have been a friend of Rabbi Kalman Packouz, his wife Shoshana, and their family of nine children for the last six years. I know David through this relationship. His parents are respected, honest, pious leaders of the Jewish Community in the Miami Beach area. His father is one of the founding fathers of Aish HaTorah, an international organization that educates Jews around the World. David never had to look far for good role models. Unfortunately, he chose to follow people that he perceived to be more exciting, who he believed would lead him to wealth.

David has always been a good person. His experience with the Judicial System has changed him completely. I have rarely seen such a metamorphosis occur in a person. David has learned from this, that his decisions have consequences. An important life's lesson that some people never learn. He now works at a Talmudic University, under the guidance and tutelage of Rabbi Zweig. He has done this for the last two years. He now embraces the concept of humility and community service. He has had an "attitude adjustment".

David is a loving father and husband. He is soft spoken and considerate. He constantly agonizes over his past actions and the impact they have had on his family, his parents and siblings. He now truly understands that what he did was wrong and is no longer trying to justify or rationalize his decision making process. I have observed these changes over a four year period. David has proven by his actions, that his moral foundation and priorities have changed. You can sense this from his music on the enclosed music CD he wrote and sung. It becomes apparent in tracks #4 ('More Than Anything') and #8 ('Change') .

It is my hope that the soul searching and positive changes David has made in the last two years bring him some favorable consequences from the judicial system. For those that know David, it is obvious that he has learned many important life altering lessons.

Very truly yours,

Christopher Growald

Tobi Ash
4233 Sheridan Avenue
Miami Beach, Florida 33140

August 5ᵗʰ, 2009

Hon. Joan A. Lenard
United States District Court Judge

Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

My name is Tobi Ash and I have lived in Miami Beach, Florida since 1974. I am a registered nurse with an MBA and a PhD candidate in Health Policy. I am on the board of Jewish Community Services and chair the Rehabilitation and Vocational Employment committee. I am Vice Chair of the Public Policy committee. I am on the Executive Committee of Shalom Bayit, the Jewish Domestic Abuse project here in Miami. I am involved with Florida IMPACT, a program that works to provide school breakfasts, lunches, after school snacks and dinners to all of Florida's students. I am deeply involved with the Survivor Alone project; one of the world's largest Holocaust survivor projects. I am also on the board of Florida International University's Department of Spirituality. I am also involved with the Sturge-Weber Foundation; an organization devoted to providing research and finding a cure for this rare disorder that affects children. My husband and I established a free loan fund in 1987 which has distributed over $1 million in interest free micro-loans ($2,000 maximum per loan) to needy individuals throughout the USA. In 1999, we also established the Circle of Life Resource Center, Miami-Dade county's first kosher food bank. This food bank was then absorbed by Jewish Community Services I 2003 and is now called the Community Kosher Food Bank and serves over 350 families monthly. We also have begun a coop to feed families that have been hit hard by the recent economic downturn.

I have known David Packouz at least 10 years because he has been involved in our charitable projects. He has assisted us in setting up the structure and worked on handling the day to day details of these charitable ventures. David has proven himself to be an invaluable worker in every aspect. He has worked tirelessly to ensure that every single recipient of any of our food programs or free loan fund got what they needed, when they needed it and with dignity and discretion. He has never said no to assisting us in any capacity even down to dragging boxes or making food deliveries to homebound elderly clients who simply could not leave their homes to pick up their food package.

In addition, David is a devoted family man to his wife Sara Jane and his baby daughter

Amabelle. His wife is currently working towards her nursing degree at Miami Dade College and David has assisted her with her anatomy and physiology classes as well as watching the baby every day so she could study.

David is an honest, caring, sensitive and intelligent man who was unfortunately caught up in a difficult circumstance. Because of his dedication, loyalty and devotion, he stayed in a situation that was clearly flawed and inappropriate. In essence, he is being punished for helping others. David is already penitent and has utterly disassociated himself from any sort of impropriety. He has been working at the Talmudic University of Florida, a religious institution for over 2 years. He has also been the go-to person for our food coop this past Passover and for the establishment of the year-round coop as well. His calm demeanor and know-how will be sorely missed.

Respectfully submitted,

Tobi Ash, RN, BSN, MBA, PhD Candidate

Laura Weinsoff
3375 N. Country Club Drive
Aventura, Fl. 33180

Wednesday, August 12, 2009

Hon. Joan A. Lenard
United States District Court Judge

RE: United States v. David Packouz, Case No. 08-CR-20574-Lenard

My name is Laura Weinsoff and I've lived in Miami for the past 38 years. I worked my entire professional career in Healthcare Administration; the last 23 years were at the University of Miami/ Jackson Memorial Medical Center.

I met the Packouz family in 1990, within weeks of their Miami Beach arrival. I had the pleasure of knowing all their children; including David. Throughout the years, I watched David grown into a smart, empathetic and insightful young man. Being a UF grad, I was especially pleased when David received a Bright Scholars Academic Scholarship to the University of Florida. After David graduated from high school my primary contact with him was during my Shabbat stays at his parent's home.

There is no denying that what David did was wrong but I'm writing to ask that you exhibit leniency in your sentencing. David did not incorporate AEY, he did not have the munitions contacts, and he did not have an "in" with the Department of Defense for winning bids. What he did was more than stupid; he was lured into a scheme by a friend. Please weigh the sentence accordingly. Please place greater emphasis on community service and probation rather than institutionalizing this young man with so much potential. David is a son, grandchild, brother and father. Please give him a second chance.

Respectfully submitted,

Laura Weinsoff

**Michael Marcus**
**5800 S.W. 33rd Avenue**
**Fort Lauderdale, FL 33312**

September 2, 2009

Honorable Joan A. Lenard
United States District Court Judge
Miami, Florida

*Re: United States v. David Packouz, Case No.08-CR-20574-Lenard*

Dear Judge Lenard:

I am a recently semi-retired fundraising professional. I have spent the last 15 years of my career helping people with intellectual disabilities, through my position as Vice President of Corporate Development for Best Buddies International.

I have known David Packouz as a member of a most exceptional, loving family, with whom I have been close since my arrival in Miami from California in 1992. There is no doubt David is a person with a good upbringing, and that he has been provided solid basis to succeed in life.

Obviously David has made some serious mistakes. However, I understand David has pled guilty to the charges against him.

Given this first step of accepting responsibility for his actions, I hope that you will show David leniency in his sentencing.

Second chances are important in life. I believe a shorter period of punishment will be a positive in helping David return to normalcy, and go on to become a productive member of society.

Respectfully,

Michael W. Marcus

# Frisch ideas

## Direct Mail Specialists

190 Morgan Farm Drive NE
Atlanta • GA • 30342
Tel 404-210-4507
Fax 404-257-0147

Geoff Frisch
190 Morgan Farm Dr
Atlanta, Georgia 30342
404-210-4507

Hon. Joan A Lenard
United States District Court Judge

### Re: United States v. David Packouz, Case No.08-CR-20574-Lenard

Dear Judge Lenard:

I have been a friend of the Packouz family since 1986. When we first met, I was the owner of the Valpak franchise for Georgia. I sold the business in 2002, went to the Univ of GA to get a masters in social work and have worked as a substance abuse counselor.

David's Father, Rabbi Kalman Packouz, initially met me as a result of my love for the institution (Aish HaTorah) that he represents. I have been a supporter of this school since 1986 and that continues to this very day. The values of the school are based on the 3,000 year old traditions of Judaism. The Packouz family is a living representative of those values.

Even though we are far away, we have weekly contact with each other. I have also made many trips to Miami (in the Winter, of course) with my children and have shared in the renowned Packouz hospitality. David was always present and accorded his parents and their guests the utmost in respect.

I think David has more than learned his lesson from this experience and I beg you to be lenient in his sentencing.

Respectfully submitted,

Geoff Frisch

**Steven E. Gelfand**
**6303 Lincoln Avenue**
**Baltimore, MD 21209**

**305.951.0140**
**segelfand@gmail.com**

August 11, 2009

The Honorable Joan A. Lenard
Judge of the United States District Court

Re: Mr. David Packouz

Dear Judge Lenard:

Having recently learned that my friend and former colleague, Mr. David Packouz, faces sentencing in your Court in the near future, I am writing on his behalf to offer, respectfully, some insight into Mr. Packouz's character and his family.

During my years in Miami Beach, FL, prior to relocating to Baltimore, MD one year ago, I had the good fortune to meet and become friendly with Mr. Packouz's parents and siblings. To laud this close-knit family as a model for others is an understatement. Among many reasons I might offer are the solid values they live by, not simply discuss, and their immediate desire to be helpful in any situation in which a person is in trouble. David Packouz learned these values and this tradition from his parents.

He became a colleague, in addition to a friend, while I worked with Talmudic University of Florida. For over 20 years, I was an executive in the not-for-profit sector (approximately nine of which were spent as a CEO) and an additional six years were devoted to my consulting company, Strategic Management Associates, Inc., which I closed to pursue educational interests and to help organizations with limited access to management expertise. David Packouz was also associated with Talmudic University at the same time as I worked as an internal consultant. Our paths crossed often.

In today's work environment, often known for egocentrism, limited commitment to the employer and its mission as well as less than a stellar work ethic, I found Mr. Packouz to be friendly, focused, reliable, hard working and always responsive to my requests, demonstrating the same type of values as I noted above, which characterize his entire family.

I do not know the specifics that brought him before you but I do know the kind of man he is, the value he offers not only to family and friends but to community and I respectfully request your consideration of his positive character as you deliberate.

Sincerely,

Steven E. Gelfand



**AIRLINE CAPITAL LEASING, INC.**
6355 NW 36th Street Suite 501
Miami, Florida 33166

August 14, 2009

Hon. Joan A. Lenard
United States District Court Judge

**Re: *United States v. David Packouz*, Case No.08-CR-20574-Lenard**

Dear Judge Lenard:

My name is Leonard Simkovitz. I am CEO of Airline Capital Leasing, Inc. The purpose of this letter is to provide character reference for Mr. David Packouz. I am in the position to provide the court with an accurate assessment of David's character, as I have gotten to know David sufficiently over the past years.

In the short time I have known David Packouz, I have known him to be an honest person. David is a committed and well-balanced young man. He is honest and decent. Overall, David is a person that possesses good character and reputation and was unfortunately surrounded by the wrong friends.

As such, this court should consider these positive attributes.

Respectfully submitted,

Leonard Simkovitz

# *Christopher & Barbara Growald*

## *9 Island Avenue PH 4*

## *Miami Beach, Florida*

### *305-538-8600 305-673-0043 Fax*

Hon Joan A. Lenard

United States District Court Judge

*Re: United States v. David Packouz, Case No. 08-CR-20574-Lenard*

Dear Judge Lenard,

I retired to Florida with my wife Barbara ten years ago. For the last twenty eight years of my working career, I had the same three partners. We developed and built properties. My partners were together for ten years before I met them, and are still together now. I learned much about interpersonal skills and honesty from that positive experience.

I have been a friend of Rabbi Kalman Packouz, his wife Shoshana, and their family of nine children for the last six years. I know David through this relationship. His parents are respected, honest, pious, leaders of the Jewish Community in the Miami Beach area. His father is one of the founding fathers of Aish HaTorah, an International Organization that educates Jews around the World. David never had to look far, for good role models. Unfortunately he chose to follow people that he perceived to be more exciting, who would lead him to wealth and self gratification.

David has always been a good person. Before this incident he had some rebellious behaviors, but nothing that broke the law. His experience with the Judicial System has changed him completely. I have rarely seen such a metamorphosis occur in a person. David has learned from this, that his decisions have consequences. An important life's lesson that some people never learn. Although he rejected his fathers example for years, he now works at a Talmudic University, under the guidance and tutelage of Rabbi Zweig. He has done this for the last two years. He now embraces the concept of humility and community service. He has come to appreciates the work his father does and now holds him in high esteem. He has had an "attitude adjustment".

David is a loving father and husband. He is soft spoken and considerate. He constantly agonizes over his past actions and the impact they have had on his family, his parents and siblings. He now truly understands, what he did was wrong and is no longer trying to justify or rationalize his decision making process. I have observed these changes over a four year period. David has proven by his actions, that his

8/9/2009

moral foundation and priorities have changed. You can sense this in his music if you listen to the enclosed music CD he wrote and sung. Â I would specifically recommend listening to tracks #4 ('More Than Anything') and #8 ('Change') -- they greatly illustrate his character.Â

It is my hope that the soul searching and positive changes David has made in the last two years, bring him some favorable consequences from the judicial system. For those that know David, it is obvious that he has learned many important life altering lessons.

ã€€

Very truly yours,

ã€€

Christopher Growald